IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Alexis Carlito-Garcias** <br> **as** <br> **Heir of Christopher Lowe** | § § § § | |
| **Plaintiff,** | § § | Civil Action No. |
| VS. | § § | 4:20-CV-330-P |
| **City of Fort Worth, Texas; Scott Smith;** <br> **Christopher Golden; Mitchell Miller;** <br> **Taylor Stephens; Daniel Pritzker;** <br> **Andrew Scharf; and Hans Fellhauer,** | § § § § § § | |
| **Defendants.** | § | |

**OFFICER STEPHENS BODY CAMERA VIDEO 1**

**OFFICER SCHARF BODY CAMERA VIDEO 2**

**OFFICER GOLDEN BODY CAMERA VIDEO 3**

**OFFICER SMITH BODY CAMERA VIDEO 4**

**ALL ON THUMBDRIVE**