**Jimmie L. Valentine, B.S., B.S., M.S., Ph.D.**
**Medical Pharmacology and Toxicology Consulting**
**UAMS Professor of Pediatrics, Pharmacology, and Myeloma Research (Retired)**

P.O. Box 6566

Gulfport, Mississippi 39506

Phone 501-258-9242

Email: jimmielvalentine@sbcglobal.net

December 3, 2020

S. Rafe Foreman, Esq.
Susan Hutchinson, Esq.
Attorneys at Law
Hutchinson & Stoy
505 Pecan Street, Suite 101
Fort Worth, Texas 76102

Dear Mr. Foreman and Ms. Hutchinson:

At your request I reviewed the following information in the civil lawsuit of Alexis Carlito-Garcias as Heir of Christopher Lowe v. City of Fort Worth, Texas; Scott Smith; Christopher Golden; Mitchell Miller; Taylor Stephens; Daniel Pritzker; Andrew Scharf; and Hans Fellhauer in the United States District Court for the Northern District of Texas, Forth Worth Division; case no. 4:20-CV-330-P:

1. <u>Complaint.</u>  Plaintiff's First Amended Complaint dated June 16, 2020.

2. <u>Discovery from City of Fort Worth.</u>  Redacted files from Trey Qualls, Assistant City Attorney for the City of Forth Worth on the deceased person Christopher Lowe.

3. <u>Autopsy and Toxicology Reports</u>. Autopsy Report from Chief Medical Examiner Tarrant County, Texas for an examination performed on July 27, 2018 beginning at 10:45 AM and Toxicology Report from the Office of Chief Medical Examiner Toxicology Laboratory Service signed August 6, 2018.

4. <u>Death Certificate.</u>  State of Texas death certificate for Christopher Lowe listing date of death as July 26, 2018.

5. <u>Body Camera Videos.</u>  Body camera videos from Forth Worth Police Officers Scharf, Miller, Smith, Golden, and Stephens.

After reviewing this information, I have arrived at some professional opinions concerning quantitative findings of cocaine, benzoylecgonine, and methamphetamine in the decedent's femoral blood specimen and positive findings of cocaine, methamphetamine, and amphetamine

in the decedent's urine obtained at autopsy, as well as how any anatomical findings at autopsy relate to cocaine and/or methamphetamine abuse.  Further, I will express professional opinions on the pharmacological effects of cocaine and methamphetamine use and how that potentially explained some of the facts surrounding the decedent's death.   Additionally, I will provide professional opinions on whether the decedent might have survived with supportive medical care.

I am a retired Professor of Pediatrics, Pharmacology, and Myeloma Research at the University of Arkansas College of Medicine and now serve as a consultant in Medical Pharmacology and Forensic Toxicology from my home in Gulfport, Mississippi.  I am Board Certified in Applied Pharmacology by the American Board of Clinical Pharmacology, Inc. and have previously been approved as an expert in the fields of clinical pharmacology, forensic toxicology, and analytical chemistry in Federal and State Courts.  My academic training, professional positions held, and contributions to the scientific and medical literature are documented in my Curriculum Vitae.

*Summary of the Incident and Death of Christopher Lowe*

Officer Scott Smith was dispatched to a prowler call at 3304 Griggs Avenue on July 26, 2018 at approximately 2134 hours.  The person who placed the call explained to Officer Smith that a black male had been banging with a metal bar on the burglar bars of a front window as well as hitting the 2006 white Chevrolet Equinox sitting in the driveway causing damage to the vehicle.  Officer Smith believed the black male, later identified as Christopher Lowe, was using narcotic drugs due to his irrational behavior, bulging eyes, and irregular movements.  Officers Golden, Pritzker, and Fellhauer arrived on the scene to assist.  Lowe was placed on the ground and handcuffed then commanded to stand-up and walk.  Lowe persisted that he was sick and could not walk whereupon the officers pulled him to his feet and began walking him towards a police vehicle.  Lowe continued to have trouble walking and continued falling and maintaining that he was sick and could not breathe.  He was placed in the rear of police vehicle and when later checked upon by Officer Scharf, Lowe was found to be unconscious and not breathing.  Officers began CPR and an ambulance was summoned.  The ambulance transported Lowe to a John Peter Smith Hospital where he was pronounced deceased.

*Summary of Autopsy Findings*

An autopsy examination was performed, July 27, 2018, by Tasha Z. Greenberg, M.D., Deputy Medical Examiner at the Tarrant County Medical Examiner's District Morgue in Fort Worth.  The decedent's age was listed as 55 years and cause of death listed as acute cocaine intoxication and recent methamphetamine use.  External examination of the body indicated terminal intervention including electrocardiogram leads, pacer pads, and intravascular catheters in the right femoral region, right arm, and left antecubital fossa.  The decedent was 65 inches (5.42 ft) in height and weighed 137.1 lbs giving a BMI 23.5.  The upper jaw was edentulous (lack of teeth) and few natural teeth in the lower jaw.  No foreign material was found in the nares or oral cavity.  Internal examination showed evidence of resuscitation efforts. The heart weighed 278.9 grams which was less than expected for a man of his age, height, and weight, *viz.*, 462.4 ± 50.3

g.[1]   The coronary arteries showed no atherosclerotic stenosis and there were no valve abnor-
malities.  The lungs showed marked anthracosis (accumulation of carbon due to chronic envi-
ronmental exposure to smoke) and on sectioning demonstrated poorly aerated tissue with no
congestion or edema.  Liver weight was 1,190 grams and was within a normal range of 968 –
1,860 grams in males as was the right lung 289.7 grams (normal range 155 – 720 grams) and
left lung 294.5 (normal range 112 – 675 grams), the spleen weight of 42 grams (normal range
28 – 226 grams), the right kidney 90.2 grams (normal range 81 -160), the left kidney 100.8
(normal range 83 -176 grams), and the brain 1,269.4 grams (normal range 1,179 – 1,621
grams).[2]  There were no capsules, tablets, or baggies found in the gastrointestinal track.  His-
tology examination showed some minor findings as follows: lungs (anthracosis, subpleural bul-
lae, mucus in bronchioles, occasional aggregates of pigmented alveolar macrophages), kidney
(small papillary tumor, not well encapsulated), spleen (reactive follicles), adrenal (thicken cor-
tex), and pancreas (focal autolysis, otherwise unremarkable).

*Summary of Toxicology Findings*

1. Urine. Positive using ELISA (an immunoassay methodology) for amphetamine, metham-
   phetamine, and cocaine.  Positive using liquid chromatography/mass spectrometry for co-
   caine, methamphetamine, and amphetamine.

2. Heart Blood.  Negative for acid drugs using gas chromatography/mass spectrometry.

3. Femoral Blood.  Cocaine (507 ng/mL), benzoylecgonine (>2,000 ng/mL), methamphetamine
   (24 ng/mL) as determined by liquid chromatography/mass spectrometry.

*Evaluation of Toxicology Findings in Decedent*

1. Cocaine. Cocaine is a plant-derived alkaloid which causes intense, euphoric effects when
   either smoked, nasal insufflated (snorted), or used intravenously.  For smoking, cocaine is
   typically smoked as the free base, so-called crack cocaine.  The free-base (crack cocaine)
   melts about 80ºC whereas the hydrochloride salt requires a higher temperature of about
   180ºC.  If taken by the smoking route prior to death, it is not unusual to find a smoking pipe
   in or near the decedent.  Since no such drug-related paraphernalia was reported on the
   body of the decedent suggests that nasal insufflation was the most likely route.  Nasal insuf-
   flation prior to death is usually characterized by white powder (cocaine hydrochloride) in the
   nares and/or in the tracheobronchial tree.  At autopsy, there was no foreign material found in
   the decedent's nares or tracheobronchial tree suggesting that nasal insufflation had not oc-
   curred just prior to death.  There is a scientific report that suggest that cocaine can be seen

---

[1]  Webster Cardiac Genetics Group, Northwestern University, Feinberg School of Medicine;
https://labs.feinberg.northwestern.edu/webster/heart_weight/

[2]  Molina DK, DiMaio V.  *Am J Forensic Med Pathol* **33**:368-72,2012; Normal organ weights in men. Part II – the
brain, lungs, liver, spleen, and kidney.

in the nares for up to 3-hours following nasal insufflation.[3]  As noted above, Dr. Greenberg had ruled that Lowe's death was due to acute cocaine intoxication and recent methamphetamine use.  Initially, I will discuss cocaine and its acute toxicity.[4]  The intense euphoric effect that occurs following cocaine administration is believed to coincide with the chronotropic (heart rate) increase which is markedly less in time than the corresponding blood concentration.  Studies by Chow *et al.*[5]  showing experimental confirmation of the chronotropic effect is shown in Appendix A.  This figure illustrates how the blood levels of cocaine fall in a biphasic manner with the initial rapid phase corresponding to the maximum chronotropic effect.  Thereafter, the heart rate returns to near baseline within 1-hour, but the cocaine blood plasma concentration more slowly declines.  Similar findings have been reported by Javaid *et al.*[6] as shown in Appendix B wherein the plasma concentration of cocaine *via* the intranasal route remained higher for a longer time than the corresponding increase in heart rate.  In addition to its chronotropic effects, cocaine can also produce changes in the coronary arteries of the heart as work from my laboratory demonstrated in dogs.[7]  Our work demonstrated that initial dilation followed by pronounced constriction of the coronary arteries explained the arrythmias and toxicity seen with cocaine in humans during the chronotropic period.  Importantly, the Chow *et al.,* Valentine *et al.,* and Javaid *et al.* studies show that the maximal effects of cocaine on the heart occur within minutes of cocaine administration.  Thus, it follows, for cocaine to produce death from a cardiovascular event there should be higher blood concentrations and death should occur within minutes of the toxic dose of cocaine.  Baselt's compendium[8] summarizes cocaine concentrations found in the scientific literature that are associated with death, average 5.3 (range 0.9-21) mg/L same as 5,300 ng/mL (range 900 – 2,100 ng/mL).  The concentration of cocaine found in the decedent by the Tarrant County Medical Examiner's Office, Toxicology Laboratory Services was 507 ng/mL**.**  Hence, the level of cocaine found in the decedent was less than the lowest concentration (900 ng/mL) of the range associated with death as given in Baselt's compendium.  Accordingly, the post-mortem concentration of cocaine found cannot alone be used to explain Lowe's death.  However, toxic effects of cocaine, other than death, are like those de-

---

[3]  Wilkinson P, Van Dyke C, Jatlow P, Barash P, Byck R.  *Clin Pharmacol Ther* **27:**386-94, 1980; Intranasal and oral cocaine kinetics.

[4]  "Acute" is used in this context to mean an event of use prior to death.

[5]  Chow MJ, Ambre JJ, Ruo TI, Atkinson AJ Jr., Bowsher DJ, Fischman MW.  *Clin Pharmacol Ther* **38:**318-24, 1985; Kinetics of cocaine distribution, elimination, and chronotropic effects.

[6]  Javaid JI, Fischman MW, Schuster CR, Dekirmenjian H, Davis JM.  *Sci* **202:**227-8, 1978; Cocaine plasma concentration: Relationship to physiological and subjective effects in humans.

[7]  Valentine JL, Yamanashi WS, Leak D, Saksanen S, Wagner BD, Phillips SW.  *Angiology* **42:**568-75, 1991; Effects of cocaine on canines' coronary arteries.

[8]  Baselt RC.  "Disposition of Toxic Drugs and Chemical in Man", 12th edition, 2020; Biomedical Publications, Seal Beach, California, pp. 499

scribed for methamphetamine in a subsequent section and are reported to be in a concentration range (500 – 1,000 ng/mL)[9].

2. Benzoylecgonine.  Cocaine is metabolized in the body to the euphoric and cardiovascular inactive metabolite, benzoylecgonine.  The concentration of blood benzoylecgonine found following cocaine use is dependent upon the route of administration.  Nasal insufflation produces the greatest concentration of this metabolite as shown in Figure 3 taken from Jeffcoat *et al.*[10] and reproduced in Appendix C.  Further, benzoylecgonine as shown is a long-lived metabolite in the body and would be anticipated to accumulate if multiple doses of cocaine were used.  This metabolite is probably higher *via* the intranasal route due to metabolism of cocaine through the intranasal mucosa or hydrolysis in the stomach following swallowed cocaine.[11]  The femoral blood concentration for benzoylecgonine (>2,000 ng/mL) was reported in the decedent by the Tarrant County Medical Examiner's Office, Toxicology Laboratory Service.  Note that an acute (one-time) administration of cocaine *via* nasal insufflation as shown in Appendix C produced a maximal blood concentration for cocaine (220 ng/mL) and benzoylecgonine (600 ng/mL).  Accordingly, the decedent must have taken multiple doses of cocaine to have reached the observed post-mortem concentrations.

3. Methamphetamine.  Is in the class of drugs termed, sympathomimetics, because it emulates endogenous neurotransmitters of the sympathetic nervous system (cocaine is also a sympathomimetic).  In the brain, methamphetamine releases dopamine and other neurotransmitters producing prominent central nervous system (CNS) stimulation resulting in increased cardiac (heart) output, rises in both systolic and diastolic blood pressure (like that described for cocaine above).  These effects have been described following smoking of methamphetamine[12] a popular route of abuse and *via* the oral route.[13]  The half-life in of methamphetamine in both these studies was shown to be in the range of 9-12 hours and the cardiovascular effects occur throughout this half-life period.[13]  This is illustrated in Figure 1 and Figure 2 reproduced from reference 13 in Appendices D and E, respectively.  That is, methamphetamine exerts its cardiovascular effects for a prolong period following use whereas cocaine chronotropic heart effects are more short-lived, for example compare Appendix A and D.

---

[9]  Schulz M, Schmoldt A. *Pharmize* **58:**447-74, 2003; Therapeutic and toxic blood concentrations of more than 800 drugs and other xenobiotics.

[10]  Jeffcoat AR, Perez-Reyes M, Hill JM, Sadler BM, Cook CE.  *Drug Metab Disp* **17:**153-9, 1989; Cocaine disposition in humans after intravenous injection, nasal insufflation (snorting), or smoking.

[11]  Cone EJ, Hillsgrove M, Darwin WD.  *Clin Chem* **40:**1299-1305, 1994; Simultaneous measurement of cocaine, co-caethylene, their metabolites, and "crack" pyrolysis products by gas chromatography-mass spectrometry.

[12]  Cook CE, Jeffcoat AR, Hill JM, Pugh DE, Patetta PK, Sadler BM, White WR, Perez-Reyes M.  *Drug Metab Disp* **21:**717-23, 1993; Pharmacokinetics of methamphetamine self-administration to human subjects by smoking *S*(+)-methamphetamine hydrochloride.

[13]  Shappell SA, Kearns GL, Valentine JL, Neri DF, DeJohn CA.  *J Clin Pharmacol* **36:**1051-63, 1996; Chronopharmaco-kinetics and chronopharmacodynamics of dextroamphetamine in man.

Methamphetamine is metabolized to amphetamine, also an active CNS stimulant and this might explain the more prolonged cardiovascular effects as opposed to cocaine, which is metabolized to an inactive metabolite, benzoylecgonine.  Because methamphetamine and its major metabolite amphetamine are CNS stimulants, characteristic behavioral effects are also observed which are dose dependent, such as: wakefulness, a decrease sense of fatigue, self-confidence, elation, and euphoria.  Physical performance can be increased and for this reason methamphetamine and amphetamine have been abused by athletes.  Work performance may be increased but often mistakes are increased.  In persons who abuse methamphetamine taking higher doses may exhibit the following CNS effects: restlessness, dizziness, tremor, hyperactive reflexes, tenseness, irritability, insomnia, and euphoria.  If there is underlying mental illness, confusion, aggressiveness, hallucinations, and panic states may also be observed.  The Tarrant County Medical Examiner's Office, Toxicology Laboratory Service reported the decedent had 24 ng/mL methamphetamine present in his femoral blood specimen and amphetamine was reported as negative.  The laboratory did not provide its level of quantitation (LOQ) for amphetamine, that is, amphetamine might have been present but below the concentration that the laboratory would report.  Referring to Appendix F which is Figure 1 taken from Cook *et al.*[12] it can be seen that there is a lag time for amphetamine metabolite to appear in blood following methamphetamine use.  Accordingly, since no amphetamine was reported, a concentration of 24 ng/mL methamphetamine would, based on an acute administration of methamphetamine, best correspond to the decedent having used methamphetamine within 2-hours prior to death.  Also, worthy of note from both Appendices D and F is that methamphetamine at 24 ng/mL would certainly not be in the lethal concentration range since in the cited studies the physiological effects noted did not produce death.

4.  Lack of Correlation Between Drugs and Anatomical Autopsy Findings.  Anatomical findings at autopsy did not demonstrate any significant pathology related to Lowe's heart, *i.e.,* the heart was not enlarged, no coronary arteriosclerosis, or valve disorders.  Any such underlying pathology would be expected to make the heart susceptible to the chronotropic effects of cocaine and methamphetamine.  Thus, Dr. Greenberg's anatomical findings during postmortem examination did not provided complicity between the cocaine and methamphetamine findings.  Accordingly, the adverse effects of these drugs on the cardiovascular system were not exacerbated by any underlying pathological condition.

*What Caused the Death of Christopher Lowe?*

From the foregoing discussion of the toxicological findings in the decedent, there was not conclusive findings in his femoral blood specimen to determine that cocaine or methamphetamine individually would have produced death.  Clearly, neither drug was present in sufficient quantity to have been associated with lethal concentrations previously reported in the scientific and medical literature.  From the evidence available, *viz.*, large concentration of sublethal cocaine and high concentration of benzoylecgonine metabolite in blood, and no white powder in the nares or tracheobronchial tree, it appeared that the decedent had taken multiple doses of cocaine *via* nasal insufflation in a timeframe of 3-hours before death.  Smoking crack cocaine cannot be excluded as the route of administration used but the high concentration of

benzoylecgonine metabolite fits more closely with the studies of Jeffcoat *et al.*[10] for nasal insufflation.  Since there is a lag time before benzoylecgonine metabolite would be excreted in urine, the urine toxicology findings of only cocaine and not benzoylecgonine also point to use in a timeframe closer to death.  Because multiple doses of cocaine had been used (with the high probability close together, *i.e.*, binging), the decedent had experienced a prolong chronotropic effect on the heart and perhaps other toxic symptoms that have been reported[14,15] such as tachypnea (abnormal and rapid breathing); hyperthermia (elevated body temperature); mydriasis (diluted pupils) and hyperreflexia (twitching) of eyes; seizures; euphoria; anxiety and panic (psychotic like behavior); and/or suicidal behavior.  Some of these toxic signs can be observed in the decedent on the body camera videos, such as stating that he is having trouble breathing (tachypnea), perspiration can be observed on his forehead (hyperthermia), and constant statements about being sick (anxiety and panic).  Also, it was apparent that he was in a psychotic-like state from his actions of using a bar to hit a window and vehicle in a random manner.  Superimposed upon the decedent's physiological responses to prolonged administration of cocaine in the hours preceding death, was the acute use of a dose of methamphetamine proximate to death.  Toxicological evidence for use of methamphetamine proximate to death was the femoral blood finding of a moderate concentration of methamphetamine and no amphetamine which could occur only following a recent dose of methamphetamine.  This additional insult to the cardiovascular and respiratory systems was in my professional opinion sufficient to produce subsequent death.  Accordingly, I do not disagree with Dr. Greenberg's opinions concerning the cause of death in the decedent since there was no underlying pathology to explain death yet there was toxicology evidence pointing to multiple administrations of cocaine within hours of death followed by methamphetamine usage more proximate to death.  Rather than breaking down the individual effects of cocaine and methamphetamine and the contribution of each, Dr. Greenberg used the terms "acute cocaine intoxication" and "recent methamphetamine use" for the cause of death.  Perhaps her use of "acute cocaine intoxication" was justified since urine toxicology found only cocaine and not the benzoylecgonine metabolite, the latter which would have been expected had cocaine been used in the day(s) prior to death.  Urine toxicology had found positive indications for methamphetamine and its metabolite, amphetamine which was presumably from use day(s) prior to death.

*Could Death Have Been Prevented by Medical Intervention?*

Body camera video clearly documented that the Officers knew the decedent was on some type of drug, they used the term "dope."  There was a discussion amongst them as to whether to take the decedent to a hospital emergency room or take him to a psychiatric facility and not mention his apparent drug use.  The latter would mean that one of them would not have to stay at the facility for guard (security) duty as the former would entail.  Therefore, some time was lost by not deciding to summon an ambulance and/or transporting him promptly to a medi-

---

[14]  Gay GR.  *Ann Emerg Med* **11:**562-7; Clinical management of acute and chronic cocaine poisoning.

[15]  Lowenstein DH, Massa SM, Rowbotham MC, Collins SD, McKinney HE, Simon RP.  *Am J Med* **83:**841-6, 1987; Acute neurological and psychiatric complications associated with cocaine abuse.

cal facility for evaluation.  Obviously, no one can state with certainty whether either of these decisions would have resulted in Lowe's survival.  Medical intervention would have been provided in a symptomatic fashion since there is no specific antidote for either cocaine or methamphetamine.  In an emergency setting, an empirical method utilizing toxidromes will aid in arriving at the class of drug(s) in the presenting patient.  For example, a sympathomimetic would be indicated by hyperpyrexia (elevated temperature and sweating); mydriasis (dilated pupils); elevated systolic blood pressure and tachycardia (accelerated heart rate); tachypnea (abnormal and rapid breathing); and seizures if present.  Often the patient will be jittery, twitching, and talking rapidly and incoherently.  Seizures, if present, are treated with diazepam, lorazepam, or another appropriate anticonvulsant.  Hyperthermia is controlled with a cooling blanket or antipyretics.  Elevated blood pressure and tachycardia can be controlled by nitroprusside or labetalol (or another β-blocker).  Respiratory symptoms usually resolve when hypertension and tachycardia are controlled but supplementary oxygen is often used.  If cardiac arrythmias occur phenytoin or cardioversion is indicated (lidocaine cannot be used since it has an electrical effect on cardiac tissue like cocaine).  Tachypnea may result in metabolic acidosis which may require aggressive management with bicarbonate which can also be useful in helping with urinary excretion of methamphetamine and amphetamine.  All these measures would be available in a hospital emergency room and have the potential to reverse the toxic effects from sympathomimetics like cocaine and methamphetamine.

All the opinions expressed in this report are based upon a reasonable degree of forensic and scientific certainty, except for those matters where it is explicitly noted otherwise.  Additionally, all my opinions are based upon the totality of my knowledge, training, and experience in the areas noted in my curriculum vitae, which I incorporate by reference in its entirety. The author reserves the right to revisit any opinion contained herein should any additional information be provided or made known to the author that is deemed material. These opinions are specific to the facts contained in this matter only, and no attempt should be made to apply these statements to any other matter without the knowledge of the author.

Please feel free to contact me if you require any additional information.

Sincerely,

Jimmie L. Valentine, Ph.D.
University of Arkansas for Medical Sciences (UAMS)
 Professor of Pediatrics, Pharmacology, and Myeloma Research (Retired)


Attachments: Curriculum vitae; list of court and deposition testimony (2015 to present); professional fee schedule

S. Rafe Foreman, Esq. and Susan Hutchinson, Esq.
Page **9** of **14**

# APPENDIX A



**Fig. 2.** Kinetic analysis in subject 2 of **(top)** plasma cocaine concentrations *(circles)* and renal excretion rate *(triangles)* and **(bottom)** the observed heart rate *(open diamonds)* and the change in heart rate attributed to the chronotropic effect of cocaine *(solid squares)*. The *lines* are least-squares fits of the measured values. Hypothetic biophase cocaine concentrations are indicated in the top panel by the *dashed line*. Progressive attenuation of the chronotropic effect of cocaine is evident because the acceleration in heart rate declines faster than biophase cocaine concentrations.

Taken from Chow MJ, Ambre JJ, Ruo TI, Atkinson AJ Jr., Bowsher DJ, Fischman MW. *Clin Pharmacol Ther* **38:**318-24, 1985; Kinetics of cocaine distribution, elimination, and chronotropic effects.

S. Rafe Foreman, Esq. and Susan Hutchinson, Esq.
Page **10** of **14**

# APPENDIX B



**Fig. 1.** The relationship between cocaine plasma levels and change in heart rate after cocaine administration (32 mg intravenously or 96 mg intranasally). Heart rate is given as percentage of change from control (30 minutes before drug).

Taken from Chow MJ, Ambre JJ, Ruo TI, Atkinson AJ Jr., Bowsher DJ, Fischman MW. *Clin Pharmacol Ther* **38:**318-24, 1985; Kinetics of cocaine distribution, elimination, and chronotropic effects.

# APPENDIX C



FIG. 3. *Plasma concentrations.*

The figure shows cocaine (*upper*), benzoylecgonine (*middle*), and total drug (*lower*) over the first 8 hr after administration by iv injection ni or si. Values for total drug are in ng equivalents of cocaine per ml.

Taken from Jeffcoat AR, Perez-Reyes M, Hill JM, Sadler BM, Cook CE. *Drug Metab Disp* **17**:153-9, 1989; Cocaine disposition in humans after intravenous injection, nasal insufflation (snorting), or smoking.

S. Rafe Foreman, Esq. and Susan Hutchinson, Esq.
Page **12** of **14**

# APPENDIX D



*Figure 1. Logarithmic mean serum concentration of methamphetamine as a function of time after drug administration during the day (open circles) and night (filled circles).*

Taken from Shappell SA, Kearns GL, Valentine JL, Neri DF, DeJohn CA.  *J Clin Pharmacol* **36**:1051-63, 1996; Chronopharmacokinetics and chronopharmacodynamics of dextroamphetamine in man.

# APPENDIX E



Figure 2. Mean change (mmHg) in systolic and diastolic pressure (●) and methamphetamine serum concentrations (○) as a function of time after drug administration during both day (panels A and C) and night (panels B and D) sessions.

Taken from Shappell SA, Kearns GL, Valentine JL, Neri DF, DeJohn CA.  *J Clin Pharmacol* **36**:1051-63, 1996; Chronopharmacokinetics and chronopharmacodynamics of dextroamphetamine in man.

S. Rafe Foreman, Esq. and Susan Hutchinson, Esq.
Page **14** of **14**

# APPENDIX F



FIG. 1. *Concentrations of methamphetamine and amphetamine in plasma and of methamphetamine in saliva after administration of S-(+)-methamphetamine hydrochloride.*

**Methamphetamine in plasma after smoking (O) or intravenous (●) administration; methamphetamine in saliva after smoking (△) or intravenous (▲) administration; and amphetamine in plasma after smoking (☐) or intravenous (■) administration.** *Points* are mean values; *error bars* are SE (*N* = 6).

Taken from Cook CE, Jeffcoat AR, Hill JM, Pugh DE, Patetta PK, Sadler BM, White WR, Perez-Reyes M. *Drug Metab Disp* **21:**717-23, 1993; Pharmacokinetics of methamphetamine self-administration to human subjects by smoking S(+)-methamphetamine hydrochloride.

# CURRICULUM VITAE

December 2020

**NAME:**                          Jimmie Lloyd Valentine

**PLACE OF BIRTH:**      Shreveport, Louisiana
**CITIZENSHIP:**            U.S.A.

**BUSINESS ADDRESS:**   Dr. Jimmie L. Valentine
Medical Pharmacology and Toxicology Consulting
P.O. Box 6566
Gulfport, MS 39506

**PHONE:**                        (501) 258-9242        **FAX:** (228) 731-3827

**E-MAIL ADDRESS:**      jimmielvalentine@sbcglobal.net

## EDUCATION

| Year | School | Degree | Discipline (Minor) |
|------|--------|--------|---------------------|
| 1962 | Centenary College of Louisiana | B.S. | Biology (Chemistry) |
| 1964 | Centenary College of Louisiana | B.S. | Chemistry (Mathematics) |
| 1966 | The University of Mississippi | M.S. | Medicinal Chemistry (Pharmacology) |
| 1968 | The University of Mississippi | Ph.D. | Medicinal Chemistry (Biochemistry) |

## CERTIFICATIONS

**Fellow** - American Institute of Chemists, March 19, 1987
**Diplomate** - Credentialed in Applied Pharmacology by the American Board of Clinical Pharmacology, Inc.; December 2, 1991.
**Certified Pilot** - Airplane single engine land Private, Instrument, and Commercial Airplane - Federal Aviation Administration.
**Certified Flight Instructor** - Airplane single engine – Federal Aviation Administration.
**DUI Detection and Standardized Field Sobriety Testing** (using NHTSA Curriculum) – October 1-2, 2010
**Overview of the NHTSA/IACP Drug Recognition Expert Program** (using NHTSA Curriculum) – November 9-11, 2010
**Intoxilyzer® 8000 Operator's Certificate** – May 10-12, 2012

**PROFESSIONAL POSITIONS HELD**

**LITTLE ROCK, ARKANSAS (1990 – July 15, 2008)**
**Dr. Valentine retired from the University of Arkansas for Medical Sciences, July 15, 2008 as Professor of Pediatrics and Pharmacology**.
**Chairman, Institutional Review Board**, University of Arkansas for Medical Sciences, November 1, 2003 – June 30, 2008.
**Professor, Department of Myeloma Research Center at the University of Arkansas for Medical Sciences, College of Medicine**; this was a part-time appointment to serve as a consultant to the Myeloma Institute for Research and Therapy, September 1, 2008 – July 13, 2009.
**Director of Arkansas Children's Hospital Toxicology and Therapeutics Laboratory**, 1991-1996.
**Director of UAMS Department of Pediatrics Clinical Pharmacology and Toxicology Laboratory**, 1996-February 1, 1999.
**Tenured** by the University of Arkansas, July 1, 1997.
**Member of the Scientific Advisory Board**, Arkansas Reproductive Health Monitoring System, 1997-2002.
**Consultant - Arkansas Department of Health and United States Army** in the following areas: laboratory development, weapons of mass destruction, and health effects of toxic chemicals and nerve gases, May 15, 1999 – June 30, 2004. Since retirement, Dr. Valentine continues to serve as a part-time consultant to the Pharmacy Services and Drug Control Division of the Arkansas Department of Health.
**Consultant - Professional Health Boards in Arkansas (Dental, Medical, Nursing, and Pharmacy)** - Advise and provide expert testimony on cases involving any type of drug diversion for personal use and abuse of drugs by health care providers, September 1990 – present for Nursing.
**Consultant – Arkansas Department of Corrections** in all matters related to drug testing and use of drugs by employees and inmates, September 1990 - present.

**TULSA, OKLAHOMA (1978 - 1990)**
**Associate Professor of Pharmacology**, School of Medicine, Oral Roberts University, 1978-1983
**Deputy Chairman**, Department of Pharmacology, School of Medicine, Oral Roberts University, 1978-1979
**Acting Chairman**, Department of Pharmacology, School of Medicine, Oral Roberts University, 1979
**Course Director**, Medical Pharmacology, Department of Pharmacology, School of Medicine, Oral Roberts University, 1979-1981, 1984-1986
**Course Director**, Clinical Pharmacology, Department of Pharmacology, School of Medicine, Oral Roberts University, 1981-1985
**Visiting Lecturer**, Oklahoma State University, College of Osteopathic Medicine, 1979
**Tenured**, Oral Roberts University, 1983.
**Professor of Pharmacology**, School of Medicine, Oral Roberts University, 1983-1990
**Chairman of Pharmacology**, School of Medicine, Oral Roberts University, 1984-1990
**Director of Endocrine-Therapeutics Laboratory**, City of Faith Medical and Research Center, 1985-1989
**Member of the Scientific Advisory Board**, Familial Alzheimer's Research Foundation, 1987-1990

**KANSAS CITY, MISSOURI (1973 – 1978)**
**Assistant Professor of Pharmaceutical Chemistry and Lecturer in Medicine**, Schools of Pharmacy and Medicine, University of Missouri-Kansas City, 1973-1978
**Graduate and Doctoral Faculty**, University of Missouri, 1974-1981

**Director of the Bioanalytics Laboratory**, Truman Medical Center, 1973-1978
**Forensic Toxicologist**, Jackson County (Kansas City) Medical Examiner's Office, Jackson County Missouri, 1973-1978
**Consulting Toxicologist**, Western Missouri Crime Laboratories, 1975-1980

**ST. LOUIS, MISSOURI (1968 – 1973)**
**Research Scientist**, Pharmaceutical Division, Mallinckrodt, Inc., 1968-1970
**Senior Research Scientist**, Pharmaceutical Division, Mallinckrodt, Inc., 1970-1973

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES (Active)

1. American Chemical Society (Emeritus Member)
2. American Association for Advancement of Science
3. American Academy of Forensic Sciences

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES (Inactive)

1. American Society for Pharmacology and Experimental Therapeutics
2. Association for Medical School Pharmacology (Emeritus Member)
3. American College of Clinical Pharmacology
4. American Pharmaceutical Association
5. American Association of Pharmaceutical Scientists (Charter Member)
6. American Institute of Chemists (Fellow)
7. Society of Toxicology
8. American Association for Clinical Chemistry (AACC)
9. International Union of Pure and Applied Chemistry
10. International Society of Exposure Assessment
11. Environmental Mutagen Society

## HONORS

| Date | Name |
|---|---|
| 1963 | Alpha Sigma Chi (Honorary Chemistry Fraternity) |
| 1963-64 | Universal Oil Products Scholarship |
| 1964-68 | A.H. Robins Graduate Fellowship |
| | St. Louis Section American Chemical Society (represented 1,800 chemists) |
| 1969-73 | Board of Directors |
| 1969 | Midwest Award Chairman |
| 1970 | St. Louis Award Chairman |
| 1971 | Editor of the *Chemical Bond* |
| 1972 | Treasurer |
| 1973 | Nominated for Chairman-elect |
| 1981 | Outstanding Faculty Member Award, Oral Roberts University, School of Medicine |
| 1983 | Tenured, Oral Roberts University |
| 1995 | Tenured, University of Arkansas for Medical Sciences |
| 1997 | Chairman, Texas Section AACC (represented 440 clinical chemists) |
| 1997-1999 | Webmaster for Toxicology Discussion Group – AACC |
| 1998-present | Reviewer for ACCENT Continuing Education Programs - AACC |
| 1999-2003 | Editorial Advisory Board - *Clinical and Forensic Toxicology News* – AACC |

| 2001 | Outstanding Clinical Chemist Award – Texas Section AACC |
| 2004-2008 | AACC Press Board of Editors; Chairman 2007-2008 |
| 2017 | Recipient of the Joseph Sam Distinguished Alumnus Award from the University of Mississippi School of Pharmacy, Department of BioMolecular Sciences; September 21, 2017 |

## GRADUATE STUDENTS TRAINED

A.  University of Missouri
1.  Everett Dean Thompson, M.S. (1980)
2.  Owen H.M. Gan, M.S. (1980)
3.  William H.C. Niu (Post-doctoral fellow)
4.  Orville H. Weddle (Post-doctoral fellow)

B.  Oral Roberts University
1.  Stephen Paul Murray, M.S. (1981), M.D. (1985)
2.  James Michael Elsbree, M.S. (1981), M.D. (1985)
3.  Robert Paulsen, M.S. (1984), M.D. (1988)
4.  Maritza Torres, M.S. (1987)
5.  Renae Mayer, Ph.D. (1989)

C.  University of Arkansas
1.  Laura Phillips James, M.D. (Post-doctoral fellow)

## SERVICE AT THE UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

A.  Department of Pediatrics
1.  Chairman, Sturgis Research Committee (1990-1992)
2.  Tenure and Promotion Committee (1990-1992)
3.  Education Committee (1996-present)
4.  Speaker's Bureau at Arkansas Children's Hospital
B.  College of Medicine
1.  Admissions Committee – interviewer (1995 – 2000)
2.  Student Promotion Committee, Class of 2000
C.  University of Arkansas for Medical Sciences
1.  Human Research Advisory Committee (Institutional Review Board), July, 2000 – October, 2003.
2.  Chairman, Institutional Review Board (formally Human Research Advisory Committee), November 1, 2003 – June 30, 2008.
D.  State of Arkansas (under contract with UAMS Department of Pediatrics) – provided expert consultations and witnessing for laboratory results (interpretations), statements of individuals under investigation for employee or professional misconduct, and work by designated investigators for the following:
1.  Arkansas Department of Correction
2.  Arkansas Department of Health
3.  Arkansas State Board of Nursing
4.  Arkansas State Board of Dental Examiners
5.  Arkansas State Board of Medical Examiners
6.  Arkansas Attorney General's Office

Jimmie L. Valentine, B.S., B.S., M.S., Ph.D.

**PEER REVIEWING FOR SCIENTIFIC JOURNALS (last five years prior to retiring)**

Pediatrics
Journal of Pediatrics
Archives of Pediatrics and Adolescent Medicine
Clinical Chemistry
Journal of Analytical Toxicology
Journal of Exposure Analysis and Environmental Epidemiology

**SERVICE ACTIVITIES AT ORAL ROBERTS UNIVERSITY**

A.   University
1.   Chairman, Faculty Handbook Committee (1979-1980)
2.   Cross-pollination Committee (1978-1979)
3.   Chairman, Institutional Review Board (1988-1990)
4.   Chairman, Patent and Copyright Committee (1988-1990)

B.   Medical School
1.   Admissions Committee (1979-1980)
2.   Graduate Program Committee (1978-1981)
3.   Research Committee, Chairman (1980-1981)
4.   Clinical Laboratory Committee (1979-1982)
5.   Curriculum Committee (1982-1983)
6.   Student Grading and Promotion Committee (1978-1987)
7.   Tenure and Promotion Committee (1983-1988), Secretary (1983-1985), Vice-chairman, (1986), Chairman (1987-1990)
8.   Executive Committee (1979, 1984-1990)
9.   Task Force for Research and Endowment Development (1986-1987)
10.  Coordinator for AIDS Research Center (1987-88)
11.  Representative to the United States Pharmacopeial Convention (1985)

C.   Dental School
1.   Research Committee (1979-1981)

D.   City of Faith Medical and Research Center
1.   Pharmacy and Therapeutics Committee (1985-1989)

**GRANT AND CONTRACT SUPPORT AS PRINCIPAL INVESTIGATOR**

A.   Extramural
1.   Study of the detectability of controlled substances in breath: United States Department of Transportation, 1974-1975, $50,488.
2.   Development of technology for detection of marijuana in human body fluids: United States Department of Transportation, 1974-1975, $49,656.
3.   Fluorescence technology for detection of delta-9-tetrahydrocannabinol in human body fluids: United States Department of Transportation, 1975-1976, $156,277.
4.   Development and validation of new marijuana technology and data: United States Department of Transportation, 1976-1977, $83,985.
5.   Pharmacokinetics of drug effects on driving performance: National Institute on Drug Abuse, 1976-1979, $169,262.

6. Analytical methodology for determining phenols and carbohydrates in Masonex: Masonite Corporation, 1976-1977, $18,000.
7. Detection of early disease states in man: National Aeronautics and Space Administration, 1974-1975, $36,983.
8. Epidemiology of marijuana use: subcontract to Donald Taskin, M.D., U.C.L.A. School of Medicine, 1983-1985, $3,000.
9. Comparison of cyclobenzaprine and placebo in fibrositis patients: Merck-Sharpe-Dohme Laboratories, 1986, $18,000.
10. Chronopharmacokinetic sample analysis: Navy Aerospace Medical Research Laboratories, August 1, 1992-June 30, 1993, $25,112.50.
11. Network of pediatric pharmacology research units: NIH, Thomas Wells, M.D. and Greg Kearns, Pharm. D. (co-PI's) with Dr. Valentine as a co-investigator.  April 1, 1994-March 31, 1999, $1,205,467; renewed for 5 years (April 1, 1999 - 2004).
12. Determination of benzodiazepines in human urine using REMEDi HS on specimens previously screened with immunoassay: GC-MS confirmation of the discordant results. August 1, 1995-July 31, 1996.  $10,500.

B. Intramural
1. Pharmacokinetics of ethanol and its effects on insulin in rabbits: 1982-1983, $11,200.
2. Partial hepatectomies in rabbits: 1983-1984, $14,100.
3. Open side-saddle coil hyperthermia of tumors: 1985-1986, $31,300.
1. Development of a point of care test for detection of active or passive exposure to tobacco smoke: 2000-2001, $20,600.

**PUBLICATIONS** (No Abstracts Included, All in Refereed Journals)

1. **J.L. Valentine**, J.B. Entrikin, and M.W. Hanson: A test for the subclasses of aliphatic amines. *J Chem Ed* **41**, 569-570 (1964).

2. J. Sam, C.W. Richmond, and **J.L. Valentine**: 3-Aminoalkyl-2-benzoxazolinones. *J Med Chem* **10**, 408-410 (1967).

3. J. Sam, **J.L. Valentine**, and C.W. Richmond: Reaction of 2-chlorobenzoxazole with anthranilic acids and 2-amino-1-naphthalenesulfonic acid. *J Pharm Sci* **57**, 1445-1446 (1968).

4. J. Sam, **J.L. Valentine**, and C.W. Richmond: 3-Substituted-2-benzoxazolinones. *J Pharm Sci* **57**, 1763-1768 (1968).

5. J. Sam and **J.L. Valentine**: Preparation and properties of 2-benzoxazolinones. *J Pharm Sci* **58**, 1043-1054 (1969).

6. J. Sam, **J.L. Valentine**, and M.N. Aboul-Enein: Reaction of 3-(chloroalkyl)-2-benzoxazolinones with amines: Formation of 3-(aminoalkyl)-2-benzoxazolinones and 5-substituted-2,3,4,5-tetrahydro-1,5-benzoxazepines. *J Pharm Sci* **60**, 1370-1375 (1971).

7. **J.L. Valentine**, P.E. Wiegert, and R.L. Charles: GLC determination of methadone in human urine. *J Pharm Sci* **61**, 796-797 (1972).

8.  **J.L. Valentine**, P.J. Bryant, P.L. Gutshall, O.H.M. Gan, and P. Driscoll: Quantification of trace substances in biological samples using HPLC-MS techniques. *Trace Substances in Environmental Health* **10**, 291-296 (1975).

9.  **J.L. Valentine**, P. Driscoll, E.L. Hamburg, and E.D. Thompson: GLC determination of quinidines in human plasma. *J Pharm Sci* **65**, 96-98 (1976).

10. W.D. Mason, J.O. Covinsky, **J.L. Valentine**, K.L. Kelly, O.H. Weddle, and B.L. Martz: Comparative plasma concentrations of quinidine following administration of one intramuscular and three oral formulations to thirteen human subjects. *J Pharm Sci* **65**, 1325-1329 (1976).

11. **J.L. Valentine**, P.J. Bryant, P.L. Gutshall, O.H.M. Gan, E.D. Thompson, and H.C. Niu: HPLC-MS determination of delta-9-tetrahydrocannabinol in human body samples. *Natl Inst Drug Abuse Res Monogr Ser* **7**, 96-106 (1976).

12. **J.L. Valentine**, P.J. Bryant, P.L. Gutshall, O.H.M. Gan, P.D. Lovegreen, E.D. Thompson, and H.C. Niu:  HPLC-MS determination of delta-9-tetrahydrocannabinol in human blood plasma following marijuana smoking. *J Pharm Sci* **66**, 1263-1266 (1977).

13. **J.L. Valentine**, P.J. Bryant, P.L. Gutshall, O.H.M. Gan, E.D. Thompson, P.D. Lovegreen, and H.C. Niu:  Detection of delta-9-tetrahydrocannabinol in human breath following marijuana smoking.  *Anal Lett* **12**, 867-880 (1979).

14. **J.L. Valentine** and P. Psaltis:  Detection of marijuana use in human saliva using a fluorometric assay based on cannabinol decomposition.  *Anal Lett* **12**, 855-866 (1979).

15. **J.L. Valentine**, E.D. Thompson, S. Sharma, and H. Moskowitz: Gas chromatographic determination of secobarbital in human plasma and urine.  *Anal Lett* **15**, 343-361 (1982).

16. **J.L. Valentine**, D. Crosby, J.J. McKay, and R. Paulsen: Gas chromatographic determination of ethanol in rabbit arterial serum.  *Anal Lett* **15**, 1704-1727 (1982).

17. **J.L. Valentine**, P. Psaltis, S. Sharma, and H. Moskowitz: Simultaneous gas chromatographic determination of diazepam and its major metabolites in human plasma, urine and saliva. *Anal Lett* **15**, 1665-1683 (1982).

18. **J.L. Valentine**, L. McKenzie, and F. Kovarik: Gas chromatographic determination of nordihydroguaiaretic acid in Larrea divaricata.  *Anal Lett* **17**, 1617-1626 (1984).

19. R. Paulsen and **J.L. Valentine**: A procedure for intravenous administration of drugs and repeated arterial blood sampling in the rabbit.  *Lab Animal* **13**, 34-36 (1984).

20. W.S. Yamanashi, M.R. Fesen, D.W. Anderson, **J.L. Valentine**, A.M. Sy, C. Crandall, and P.D. Lester: Focused hyperthermia with a magnetic resonance imaging (MRI) unit and an interstitial grounded probe. *Physiol Chem Phys Med NMR* **16**, 491-498 (1984).

21. **J.L. Valentine** and S. Hunter: INTRAV and ORAL: BASIC interactive computer programs for estimating pharmacokinetic parameters.  *J Pharm Sci* **74**, 113-119 (1985).

22.   **J.L. Valentine**, P.M. Stephen, M. Rendell, R. Paulsen, D. Shin, S. Eastberg, and C. Smith: Non-insulin-dependent alloxan-induced diabetes mellitus in the rabbit.  *Lab Animal* **14**, 39-41 (1985).

23.   M. Rendell, P.M. Stephen, R. Paulsen, **J.L. Valentine**, C. Rasbold, T. Hestorff, and S. Eastberg: An interspecies comparison of normal levels of glycosylated hemoglobin and glycosylated albumin.  *Comp Biochem Physiol* **81B**, 819-822 (1985).

24.   M. Rendell, R. Paulsen, S. Eastberg, P.M. Stephen, **J.L. Valentine**, C. Smith, J. Nierberg, C. Rasbold, D. Klenk, and P.K. Smith:  Clinical use and time relationship of changes in affinity measurement of glycosylated albumin and hemoglobin.  *Am J Med Sci* **29**, 11-14 (1986).

25.   A.A. Patil, W.S. Yamanashi, **J.L. Valentine**, D. Hill, R.E. Woosley, and O.F. Filip: Electromagnetic field focusing (EFF) probe in aneurysm thrombosis - preliminary report. *Acta Neurochir* **81**, 68-71 (1986).

26.   **J.L. Valentine**, W.S. Yamanashi, A.A. Patil, R. Paulsen, D.L. Hill, P.D. Lester, and O.F. Filip: Noninvasive tumor volume measurement using magnetic resonance (MR) imaging and an open sided saddle coil.  *Physiol Chem Phys Med NMR* **18**, 103-108 (1986).

27.   M. Rendell, J. Nierenberg, C. Brannan, **J.L. Valentine**, P.M. Stephen, S. Dodds, P. Mercer, P.K. Smith, and J. Walder: Inhibition of glycation of albumin and hemoglobin by acetylation *in vitro* and *in vivo*.  *J Lab Clin Med* **108**, 286-293 (1986).

28.   W.S. Yamanashi, A.A. Patil, **J.L. Valentine**, D.L. Hill, J.R. LePage, O.F. Filip, and P.D. Lester:  Electromagnetically induced focused heat in the treatment of surgically created aneurysm models.  *Invest Radiology* **22**, 574-580 (1987).

29.   A.A. Patil, W.S. Yamanashi, **J.L. Valentine**, D. Hill, and O.F. Filip: Electromagnetic field focusing (EFF) probe - A new neurosurgical tool. *Acta Neurochir* **86**, 106-110 (1987).

30.   **J.L. Valentine**, B.D. Fremming, R.H. Chappell, and P.M. Stephen: Effects of extended feeding of decocainized Erythroxylon Coca leaves on growth and select organs in rats and rabbits.  *Human Toxicol* **7**, 21-26 (1988).

31.   A.A. Patil, W.S. Yamanashi, **J.L. Valentine**, and D. Hill: Electromagnetic field focusing system in the treatment of brain tumors.  *Neurosurg* **22**, 18-22 (1988).

32.   A.A. Patil, W.S. Yamanashi, D. Hill, and **J.L. Valentine**: Electromagnetic field focusing (EFF) Probe for Intravascular endarterectomy.   Preliminary feasibility study.  *Acta Neurochir* **91**, 130-133 (1988).

33.   **J.L. Valentine**, A.A. Patil, W.S. Yamanashi, D.L. Hill, and J.R. LePage: Experimental surgical aneurysms in the rat.  *Vasc Surg* **22**, 231-237 (1988).

34.   **J.L. Valentine**, R. Faith, D. Miller-Hardy, R. Paulsen, and P.M. Stephen: Effect of short-term administration of cocaine on select organs and the hemopoietic system of B6C3F1 mice.  *Phytotherapy Research* **2**, 98-103 (1988).

35. W.S. Yamanashi, A.A. Patil, D.L. Hill, J.R. LePage, N.A. Yassa, **J.L. Valentine**, and P.D. Lester: Precision surgery with an electromagnetically induced current convergence probe: Application in aneurysm treatment, angioplasty, and brain tumor resection in *in vivo* and *in vitro* models. *Med Instrumentation* **22**, 205-216 (1988). <u>This paper received an award as the outstanding article of the year in 1988. Award presented by the American Association of Medical Instrumentation</u>.

36. H. Gong, Jr., D.P. Tashkin, **J.L. Valentine**, M.S. Simmons, V.A. Clark, and A.H. Coulson: Sensitivity and specificity of serum delta-9-tetrahydrocannabinol and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol by radioimmunoassay in identifying habitual daily smokers of marijuana. *J Psychoactive Drugs* **20**, 103-106 (1988).

37. H.M. Rhee, **J.L. Valentine**, D. Hendrix, M. Schweisthal, and M. Soria: Hemodynamic responses to vasoactive compounds in chronically alcohol treated rats. *Adv Exp Med Biol* **248**, 629-639 (1989).

38. D. Hamaty, **J.L. Valentine**, R. Howard, C.W. Howard, V. Wakefield, and M.S. Patten: The plasma endorphin, prostaglandin and catecholamine profile of patients with fibrositis treated with cyclobenzaprine and placebo: A 5-month study. *J Rheumatol (Suppl)* **19**, 164-168 (1989).

39. H.M. Rhee, **J.L. Valentine**, and S.Y. Lee: Toxic effects of cocaine to the cardiovascular system in conscious and anesthetized rats and rabbits: Evidence for a direct effect on the myocardium. *Neurotoxicol* **11**, 361-366 (1990).

40. **J.L. Valentine**, W.S. Yamanashi, D. Leak, S.J. Saksanen, B.D. Wagner, and S.W. Phillips: Effects of cocaine on canines' coronary arteries. *Angiology* **42**, 568-575 (1991).

41. W.S. Yamanashi, S.J. Saksanen, **J.L. Valentine**, M. Powers, S.W. Phillips, B.D. Wagner, D. Hill, and J.E. Lewis. Intervascular occlusion of canine renal, splenic, and vertebral arteries using electromagnetic field focusing (EFF) probe. *Angiology* **42**, 195-201 (1991).

42. **J.L. Valentine** and E.M. Komoroski: Use of a visual panel detection method for drugs of abuse: Clinical and laboratory experience with children and adolescents. *J Pediatr* **126**, 135-140 (1995).

43. H.M. Rhee, S.Y. Lee, S.M. Lee, and **J.L. Valentine**: Cardiovascular effects of tropacocaine in conscious and anesthetized rabbits: Lack of evidence for neuro-cardiac interactions and acute neurotoxicity. *Neurotoxicol* **16**, 145-152 (1995).

44. **J.L. Valentine** and W.Q. Sturner: Toxicological findings in two children, one with multiple hospital admissions: Münchhausen's syndrome by proxy? *Proc 1994 Joint TIAFT/SOFT Intl Meeting*, Oct 31 - Nov 4, 1994, V. Spiehler, ed., pp. 12-18.

45. **J.L. Valentine**, G.L. Kearns, C. Sparks, L.G. Letzig, C.R. Valentine, S.A. Shappell, D.F. Neri, C.A. DeJohn: GC/MS determination of amphetamine and methamphetamine in human urine for twelve hours following oral administration of dextro-methamphetamine: Lack of evidence supporting the established forensic guidelines for methamphetamine confirmation. *J Anal Toxicol* **19**, 581-590 (1995).

46. **J.L. Valentine**. Benzathine as a cause for a false-positive test result for amphetamines. *J Pediatr* **127**, 669-670 (1995).

47. C.R. Valentine, **J.L. Valentine**, J. Seng, J. Leakey, D. Casciano: The use of transgenic cell lines for evaluating toxic metabolites of carbamazepine. *Cell Biol Toxicol*, **12**, 155-165 (1996).

48. **J.L. Valentine**, R. Middleton, C. Sparks: Identification of urinary benzodiazepines and their metabolites: Comparison of automated HPLC and GC-MS following immunoassay screening of clinical specimens. *J Anal Toxicol*, **20**, 416-424 (1996).

49. S.A. Shappell, G.L. Kearns, **J.L. Valentine**, D.F. Neri, C.A. DeJohn: Chronopharmacokinetics and chronopharmacodynamics of dextro-methamphetamine in man. *J Clin Pharmacol*, **36**, 1051-1063 (1996).

50. G.L. Arnold, M.L. Griebel, **J.L. Valentine**, D.M. Koroma, and G.L. Kearns: Dextromethorphan in nonketotic hyperglycinemia: Metabolic variation confounds the dose-response relationship. *J Inher Metab Dis*, **20**, 28-38 (1997).

51. **J.L. Valentine**, S. Schexnayder, J.G. Jones, W.Q. Sturner: Clinical and toxicological findings in two young siblings, and autopsy findings in one sibling with multiple hospital admissions resulting in death: Evidence suggesting Müchhausen syndrome by proxy. *Am J Forensic Med Pathol*, **18**, 276-281 (1997).

52. R.T. Fiser, A. Torres, Jr., A.W. Butch, **J.L. Valentine**: Ionized magnesium concentrations in critically ill children. *Crit Care Med* **26**, 2048-2052 (1998).

53. L.P. James, H.C. Farrar, E.M. Komoroski, W.R. Wood, C.J. Graham, R.A. Bornemeier, **J.L. Valentine**: Sympathomimetic drug use in adolescents presenting to a pediatric emergency department with chest pain. *Clin Toxicol* **36**, 321-328 (1998).

54. **J.L. Valentine**, H. Farrar III, L. James, T. Wells, P. Simpson. Urine drug screening. *J Clin Pharmacol* **39:**425-427 (1999).

55. E.M. Komoroski, R.A. Komoroski, **J.L. Valentine**, J.M. Pearce, G.L. Kearns. The use of nuclear magnetic resonance spectroscopy in the detection of drug intoxication. *J Anal Toxicol* **24:**180-187 (2000).

56. **J.L. Valentine**, R. Middleton. GC-MS identification of sympathomimetic amine drugs in urine: Rapid methodology applicable for emergency clinical toxicology. *J Anal Toxicol* **24:**211-222 (2000).

57. K.M. Gilbert, A. DeLoose, **J.L. Valentine**, E.K. Fifer. Structure-activity relationships between carboxylic acids and T-cells cycle blockade. *Life Sci* **78:**2159-65 (2006).

58. K.J. Farst, **J.L. Valentine**, R.W. Hall. Drug testing for newborn exposure to illicit substances in pregnancy: Pitfalls and pearls. *Int J Pediatr* **2011:**#951616, 7 pages.

59.     A. Wang-Gillam, **J.L. Valentine**, A.C. Sherman, P.Mehta.  Experience of Institutional Review Board (IRB) and Protocol Review and Monitoring Committee (PRMC) rotations in hematology/oncology training. *J Cancer Educ* **23:**71-3 (2008).

60.     D.R. Bergren, **J.L. Valentine**.  Anti-anaphylactic action of nordihydroguaiaretic acid in antigen sensitized guinea pigs. *Resp Physiol Neurobiol* **234:**26-31 (2016).

61.     R. Valentine, D. Valentine, **J.L. Valentine**.  Relationship of George Floyd protests to increases in COVID-19 cases using event study methodology. *J Public Health*, https://doi.org/10.1093/pubmed/fdaa127

## INVITED REVIEWS IN JOURNALS

1.     **J.L. Valentine**.  "Poisoning and Toxicology Handbook, 2nd ed." reviewed in *Clin Chem*, **42**, 2054-2055 (1996).

## ARTICLES IN PROFESSIONAL NEWSLETTERS (Peer and/or editorially reviewed)

1.     **J.L. Valentine**: Methamphetamine confirmation - guest expert's reply.  *MRO Update*, **June 1996**, pp. 4-5.

2.     **J.L. Valentine**.  Newborn screening positives.  *Forensic Urine Drug Testing*, **September** 5-6 (1998).

3.     **J.L. Valentine**.  Can screening tests be more sensitive than confirmations?  *Forensic Urine Drug Testing*, **September** 6-7 (1998).

4.     **J.L. Valentine**, L. Broussard, L. Kadehjian.  Point of care testing for drugs of abuse.  *Ther Drug Monitor Clin Toxicol Division Newsletter*, **13(4)**, 1-5 (1998).

5.     **J.L. Valentine**.  Urine and saliva POCT for ethanol requires clear goals.  *Forensic Urine Drug Testing*, **March** 4-5 (1999).

6.     **J.L. Valentine**.  Interferences can cause spurious screening results.  *Clin Forensic Toxicol News* **March:**1,5-7 (2000).

7.     **J.L. Valentine**.  Ask the experts - answer by Jimmie L. Valentine.  *Clin Forensic Toxicol News* **March:**8 (2000).

8.     **J.L. Valentine**.  Ask the experts - answer by Jimmie L. Valentine - Marijuana levels.  *Clin Forensic Toxicol News* **June:**2-3 (2000).

9.     **J.L. Valentine** and S. Kerigan.  Rave drugs.  *Clin Forensic Toxicol News* **September:**1-8 (2001).

10.     **J.L. Valentine**.  Labs should prepare now for chemical terrorism dangers.  *Clin Forensic Toxicol News* **March:**6-10 (2002).

11.     **J.L. Valentine** and Amanda J. Jenkins.  Pharmacogenetics helps in therapeutic drug monitoring.  *Clin Forensic Toxicol News* **December:**1-3 (2002).

12. Mahaney P., **J.L. Valentine**, V.V. Acevedo. The fallacy of the police administered "Finger to Nose" test to determine alcoholic sobriety. *The Guardian* (The Newsletter of the Alabama Criminal Defense Lawyers Association) **October/November/December:**10-11 (2013).

## CHAPTERS IN BOOKS

1. **J.L. Valentine**, O.H.M. Gan, H.C. Niu, and E.D. Thompson: "HPLC analyses of delta 9-tetrahydrocannabinol and 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in human plasma," in *Cannabinoid Analysis in Physiological Fluids*, edited by J. Vinson. ACS Symposium Series, American Chemical Society, Washington, D.C., 1979, pp. 175-206.

2. **J.L. Valentine**: "Pancreas," in *Handbook of Endocrinology*, edited by G. Gass and H. Kaplan. CRC Publications, Inc., Baton Roca, 1982, pp. 215-236.

3. **J.L. Valentine**: "Preanalytical methodology for drug analysis in biological fluids," in *Drug Fate and Metabolism*, **vol. 4**, edited by E.R. Garrett and J.L. Hirtz, Marcell Dekker, Inc., New York, 1983, pp. 151-207.

4. N.P. Plotnikoff, S. Solomon, **J.L. Valentine**, M. Fesen, R.E. Faith, L. Edwards, R. Richter, A.J. Murgo, and G.C. Miller: "Methionine-enkephalin: Clinical Pharmacology," in *Enkephalins-Endorphins: Stress and the Immune System*, edited by N.P. Plotnikoff, A.J. Murgo, R.E. Faith, and R. Good, Plenum Press, New York, 1986, pp. 407-424.

5. **J.L. Valentine**, N.P. Plotnikoff, J. Bennett, M.S. Patten, C.S. Cromer, and R.W. Richter: "Plasma and cerebrospinal levels of methionine-enkephalin in senile dementia of the Alzheimer's type," in *Familial Alzheimer's Disease: Molecular Genetics and Clinical Perspectives*, edited by G. Miner, J. Blass, R. Richter, **J.L. Valentine**, and L.A. Winters-Miner, Marcel Dekker, Inc., New York, 1989, pp. 287-300.

6. **J.L. Valentine** and C.R. Valentine: "Overview of Alzheimer's disease," in *Caring for Alzheimer's Disease - A Guide for Family and Health Care Providers*, edited by G.D. Miner, L.A. Winters-Miner, J.P. Blass, R.W. Richter, and **J.L. Valentine**, Plenum Press, New York, 1989, pp. 9-21.

7. R. Richter, J. Blass, and **J.L. Valentine**: "Principles in caring for Alzheimer patients," in *Caring for Alzheimer's Disease - A Guide for Family and Health Care Providers*, edited by G.D. Miner, L.A. Winters-Miner, J.P. Blass, R.W. Richter, and **J.L. Valentine**, Plenum Press, New York, 1989, pp. 79-102.

8. W.S. Yamanashi, A.A. Patil, S.J. Saksanen, S.W. Phillips, **J.L. Valentine**, N.A. Yassa, B.D. Wagner, and D.L. Hill: "Electromagnetic field focusing (EFF) probe: Applications in aneurysm treatment, angioplasty, and brain tumor resection," in *Emerging Electromagnetic Medicine*, edited by M.E. O'Connor, R.H.C. Bentall, and J.C. Monahan, Springer-Verlag, New York, 1990, pp. 239-267.

9. **J.L. Valentine**: "Clinical point of care testing for drugs of abuse," in *Forensic Science: On-Site Drug Testing*, edited by B.A. Goldberger and A.J. Jenkins, Humana Press, Inc., Totowa, NJ, 2001, pp. 1-9.

10.   A.J. Jenkins and **J.L. Valentine**: "Antimicrobial drugs," in *Handbook of Clinical Interactions: A Clinical and Forensic Guide*, edited by A. Mozayani and L.P. Raymon, Humana Press, Inc., Totowa NJ, 2004, pp. 295-318.

11.   **J.L. Valentine** and E.F. Fitzgerald: "Interpreting official reports from crime and toxicology laboratories," in *Intoxication Test Evidence*, 2nd edition, E.F. Fitzgerald, ed., Thompson Reuters/West, Eagan, MN, 2011, chapter 65A, pp. 1-41.

12.   **J.L. Valentine**: "Basic principles of blood alcohol analysis using gas chromatography," in Mississippi DUI Law and Practice, edited by V.W. Carmody, K.T. Stewart, and L.O. Mixon, Thompson Reuters/West, Egan, MN, 2012.

13.   C.R. Valentine and **J.L. Valentine**: "Collection and preservation of forensic blood specimens: The fermentation defense," in *Inside the Minds: Understanding DUI Scientific Evidence, 2013 ed,* Aspatore Books, Eagan, MN, 2013, pp. 235-269.

14.   C.R. Valentine and **J.L. Valentine**: "Sources of falsely-elevated post-mortem ethanol concentration," in *Inside the Minds: Understanding DUI Scientific Evidence, 2014 ed,* Aspatore Books, Eagan, MN, 2013, pp. 71-87.

15.   C.R. Valentine and **J.L. Valentine**: "Alcohol testing II. Scientific Status," in *Modern Scientific Evidence – The Law and Science of Expert Testimony, 2015-2016 ed, Vol 5,* Thomson Reuters, Eagan, MN, 2015, pp. 524-600.

16.   C.R. Valentine and **J.L. Valentine**: "Defending Drugged Driving – Statistics Favoring the Defense," in *Drunk Driving Defense, Eighth Edition,* Lawrence Taylor and Steven Oberman, Wolters Kluwer, Frederick, MD, 2016, pp. 65-72.

17.   P. Mahaney. **J.L. Valentine**, V.V. Acevedo: "The fallacy of the police administered 'Finger to Nose' test to determine alcoholic sobriety," in *Missouri DUI Defense: The Law and Practice*, Robert Murray, Stephen P. Wilson, and James Nesci, Lawyers and Judges Publishing Company, Inc., Tucson, AZ, 2017, Appendix E.

18.   P. Mahaney. **J.L. Valentine**, V.V. Acevedo: "The fallacy of the police administered 'Finger to Nose' test to determine alcoholic sobriety," in *Texas DUI Defense: The Law and Practice*, Mimi Coffey and James Nesci, Lawyers and Judges Publishing Company, Inc., Tucson, AZ, 2018, Appendix D.

19.   P. Mahaney. **J.L. Valentine**, V.V. Acevedo: "The fallacy of the police administered 'Finger to Nose' test to determine alcoholic sobriety," in South Carolina DUI Defense: The Law and Practice, James R. Snell, Jr., James Nesci,  Lawyers and Judges Publishing Company, Inc., Tucson, AZ, 2018, Appendix D

## BOOKS

1.   *Familial Alzheimer's Disease: Molecular Genetics and Clinical Perspectives*, edited by G. Miner, J. Blass, R. Richter, **J.L. Valentine**, and L.A. Winters-Miner, Marcel Dekker, Inc., New York, 1989.

2.      *Caring for Alzheimer's Disease - A Guide for Family and Health Care Providers*, edited by G.D. Miner, L.A. Winters-Miner, J.P. Blass, R.W. Richter, and **J.L. Valentine**, Plenum Press, New York, 1989.

## SELECT ABSTRACTS AND PRESENTATIONS

1.      **J.L. Valentine**, W.Q. Sturner:  Toxicological findings in two children, one with multiple hospital admissions: "Münchhausen's Syndrome by Proxy?"   Society of Forensic Toxicology, Tampa, FL, November 1, 1994.

2.      **J.L. Valentine**:  Doctor! What does this drug test mean? Interpretation of urine and blood drug-of-abuse testing results.  Texas Section American Association for Clinical Chemistry, Little Rock, AR, April 1, 1995.

3.      **J.L. Valentine**, G.L. Kearns, and C.R. Valentine:  GC/MS determination of amphetamine and methamphetamine in human urine for 12 hours following oral administration of d-methamphetamine: Lack of evidence supporting the established forensic guidelines for methamphetamine confirmation.  Society of Forensic Toxicology, Baltimore, MD, October 12, 1995.

4.      **J.L. Valentine**:  Interpretation of marijuana metabolite urine levels - A review of the literature and some case studies suggesting a role for utilizing determined values in assessing periodicity of use and time period of use when coupled with physiological information.  American Academy of Forensic Sciences, Nashville, TN, February 22, 1996.

5.      **J.L. Valentine** and C.R. Valentine: Urinary metabolites of resin acids in persons exposed to airborne fibers from a medium-density fiberboard factory. Society of Toxicology, Anaheim, CA, March 11, 1996.  In *Fund Appl Toxicol* **30**, 18S, 1996.

6.      **J.L. Valentine**:  Cardiovascular effects of cocaine.  Texas/Southeastern Sections American Association for Clinical Chemistry, Baton Rouge, LA, March 22, 1996.

7.      **J.L. Valentine**:  The Clinical Toxicology Laboratory: Aid in Diagnosis Of Toxicological Mishaps?  Texas Section and Therapeutic Drug Monitoring/Toxicology Division AACC combined meeting, Dallas, TX, October 3, 1997.

8.      **J.L. Valentine**:  Point-of-Care Testing for Drugs of Abuse.  Texas/Southeastern Sections and POCT Division of American Association for Clinical Chemistry, Shreveport, LA, May 1, 1998.

9.      **J.L. Valentine**:  The Clinical Toxicology Lab: Aid in Diagnosis of Toxicological Mishaps?  Teleconference Network of Texas, San Antonio, TX, November 3, 1998.

10.     **J.L. Valentine**:  Use of Toxidromes In Identifying the Poisoned Patient.  Texas Section AACC meeting.  Austin, TX, April 30, 1999.

11.     **J.L. Valentine**: Effects of Cocaine on Fetal-Neonatal Health and Development. Teleconference Network of Texas, San Antonio, TX, February 1, 2000. 12.

12.     **J.L. Valentine**: Urine Marijuana Metabolites.  Texas Section AACC meeting.  Houston, TX, April 23, 2000.

13.   **J.L. Valentine**:  Pharmacology and Toxicology of Drugs Used in The Treatment of Meningitis.  Society of Forensic Toxicology, Milwaukee, WS, October 4, 2000.

14.   **J.L. Valentine**: Chemical Weapons:  A Terrorist's Dream.  Texas Section AACC meeting, Nacogdoches, TX, November 11, 2000.

15.   **J.L. Valentine**:  GC-MS Analysis of Sympathomimetic Amines.  Texas Section AACC meeting, Norman, OK, April 19, 2001.

16.   **J.L. Valentine**: Interpretation of Urine Drug Concentrations – Correlation with Behavioral Effects, Teleconference Network of Texas, San Antonio, TX, June 5, 2001.

17.   **J.L. Valentine**:  Adverse Effects of Maternal Ingestion of Drugs/Toxins, AACC National Meeting, Chicago, IL, August 3, 2001.

18.   **J.L. Valentine**:  How should laboratories prepare for chemical terrorism?  National teleconference sponsored by AACC and CDC.  December 10, 2001.

19.   **J.L. Valentine**:  Impact of terrorism preparedness on laboratory medicine.  AACC's Lab 2005.  New York City, March 22, 2002.

20.   **J.L. Valentine**:  Clinical laboratory response to chemical terrorism.  AACC National Meeting, Orlando, FL, August 1, 2002.

21.   **J.L. Valentine**:  Potential agent exposure markers in urine.  Armed Forces Health Conference, Baltimore, MD, August 16, 2002.

22.   **J.L. Valentine**:  Laboratory preparedness for chemical terrorism.  Neurotoxicology Conference, Little Rock, Arkansas, November 20, 2002.

23.   **J.L. Valentine**, T. Evans, C.F. Fowler:  Simultaneous determination of the nerve gases GB (sarin) and VX and the vesicant HD (sulfur mustard) in urine.  American Academy of Forensic Sciences National Meeting, Chicago, IL, February 21, 2003.

24.   **J.L. Valentine**:  Interpretation of urine drug concentrations – correlation with behavioral effects.  University of Texas Teleconference Series, June 5, 2007.

25.   **J.L. Valentine**: Interpretation of urine opiate findings.  University of Texas Teleconference Series, May 6, 2008.

26.   **J.L. Valentine**:  Interpretation of urine alcohol test results.  University of Texas Teleconference Series, May 5, 2009.

## TEACHING ACTIVITIES – SINCE ACADEMIC RETIREMENT

1.   Driving Under the Influence of Drugs (DUID) – a 4-day intensive course sponsored by the American Chemical Society for Attorneys at the Axion Laboratory in Chicago, Illinois.  This course is offered once a year.  Topics presented: "Introduction and Overview of DUID Analysis Techniques," "Pharmacokinetics, Pharmacodynamics, and Receptors,"

"Benzodiazepines – Pharmacokinetics and Pharmacodynamics," Opiates – Pharmacokinetics and Pharmacodynamics," Cannabinoids – Pharmacokinetics and Pharmacodynamics," and "Sympathomimetic Amines – Pharmacokinetics and Pharmacodynamics."

2.      Advanced Course on Blood Alcohol Analysis and Trial Advocacy – a 4-day intensive course sponsored by the National College of DUI Defense (NCDD) at the Rocky Mountain Toxicology Laboratory, Fort Collins, Colorado.  This course was offered twice.  Topics presented: "Pharmacokinetics and Pharmacodynamics of Alcohol," Understanding Gas Chromatography," "Hospital Blood Testing," and "Laboratory Practicum – Gas Chromatography."

3.      Faculty member – Master's program offered by Mississippi College of Law in Mastering DUI Trial Skills, Jackson, Mississippi, co-sponsored by the National College of DUI Defense (NCDD); "Pharmacokinetics of Ethanol; Breath Alcohol Testing; Using the Widmark Equation."

4.      Invited lectures at national and state meetings for attorneys specializing in DUI defense and various professional organization and regulatory agencies (2015 – present).

   a.   May 5, 2015 – Arkansas Department of Correction Drug Coordinators, Pine Bluff, Arkansas
   b.   May 6, 2015 – Arkansas State Board of Nursing, retreat, Little Rock, Arkansas
   c.   September 17-18, 2015 – South and North Carolina Advocates for Justice meeting, Myrtle Beach, South Carolina; "Overview of Drug Effects on Driving Performance – Alprazolam to Zolpidem." Co-presentation with Dr. Carrie R. Valentine.
   d.   September 24, 2015 – Texas DUI Lawyers meeting, Boerne, Texas; "Chromatography and Mass Spectroscopy for Drug Analysis."
   e.   October 23-24, 2015 – Tennessee Association of Criminal Defense Lawyers, Tunica, Mississippi; "Drugged Driving." Co-presentation with Dr. Carrie R. Valentine.
   f.   October 30, 2015 – University of Mississippi Law School-DUI Defenders' Annual Conference, Gulfport, Mississippi; "Educating Lawyers on Science and Analytical Chemistry."
   g.   November 6-7, 2015 – Metrology Seminar, Atlanta, Georgia, sponsored by the National College of DUI Defense (NCDD); "Instrument Calibration -Teaching A Dumb Machine."
   h.   March 31-April 2, 2016 – Mastering Scientific Evidence, New Orleans, Louisiana, sponsored by the Texas Criminal Defense Lawyers Association (TCDLA) and National College of DUI Defense (NCDD); "Advanced Gas Chromatography."
   i.   April 15, 2016 – Colorado Criminal Defense Bar-2016 DUI Conference; Breckenridge, Colorado; "Overview of Drug Effects on Driving Performance – Alprazolam to Zolpidem." Co-presentation with Dr. Carrie R. Valentine.
   j.   Arizona Attorneys for Criminal Justice – May 7, 2016, Tucson, Arizona; "Overview of Drug Effects on Driving Performance." Co-presentation with Dr. Carrie R. Valentine.
   k.   September 16, 2016 – Texas DUI Lawyers meeting, Boerne, Texas; "Gas Chromatography for Winners."
   l.   December 16, 2016 – Jefferson County Texas Criminal Defense Lawyers Meeting; Beaumont, Texas; "Gas Chromatography for Winners;" Overview of Drug Effects on Driving Performance."

m.  March 23-24, 2017 – Mastering Scientific Evidence, New Orleans, Louisiana, sponsored by the Texas Criminal Defense Lawyers Association (TCDLA) and National College of DUI Defense (NCDD); "Exposing False Positives in Alcohol/Drug Testing."

n.  October 28, 2017 – University of Mississippi, Division of Outreach and Continuing Education, DUI Defenders Annual Conference, Flowood, Mississippi; "Overview of Drug Effects on Driving Performance."  Co-presentation with Dr. Carrie R. Valentine.

o.  November 2, 2017 – 13th Annual Stuart Kinard Memorial Advance DUI Seminar, San Antonio, Texas; "Pre-Analytical Considerations in Alcohol and Drug Analysis" and "Analytical Considerations in Alcohol and Drug Analysis."

p.  November 7, 2017 – Presentation to the Arkansas Department of Correction Drug Coordinators. Wrightsville, Arkansas.

q.  November 8, 2017 – Presentation to the Arkansas State Board of Nursing. Little Rock, Arkansas.

r.  November 10, 2017 - Reese I. Joye Memorial DUI Seminar, Columbia, South Carolina; "Overview of Drug Effects on Driving Performance – Alprazolam to Zolpidem." Co-presentation with Dr. Carrie R. Valentine.

s.  December 2, 2017 – Washington Foundation for Criminal Justice, Seattle, Washington; "Overview of Drug Effects on Driving Performance – Alprazolam to Zolpidem." Co-presentation with Dr. Carrie R. Valentine.

t.  March 22, 2018 – Mastering Scientific Evidence, New Orleans, Louisiana, sponsored by the Texas Criminal Defense Lawyers Association (TCDLA) and National College of DU Defense (NCDD); "Gas Chromatography – Gold or Tarnished Standard – How It Works And Doesn't"

u.  May 18, 2018 - Maryland Criminal Defense Attorneys' Association, Baltimore, Maryland; "Gas Chromatography – Gold or Tarnished Standard for Alcohol Analysis."

v.  September 28, 2018 – Florida Association of Criminal Defense Lawyers, Tampa, Florida; "DUID." Co-presentation with Dr. Carrie R. Valentine.

w.  October 26, 2018 – Tennessee Association of Criminal Defense Lawyers, Chattanooga, Tennessee; "Alcohol *vs.* Drugs – Pharmacokinetics and Pharmacodynamics;" "Cannabis: Blood/Urine Concentrations Related to Driving Impairment;" and "Methamphetamine, Cocaine, and Alprazolam: Blood/Urine Concentrations Related to Driving Impairment."  Co-presentation with Dr. Carrie R. Valentine.

x.  November 2, 2018 – Texas Criminal Defense Lawyers Association, San Antonio, Texas; "Knowing the Science of Gas Chromatography – Understanding Reasonable Doubt."

y.  March 15, 2019 – Pennsylvania Association for Drunk Driving Defense Attorneys (PADDA), Harrisburg, Pennsylvania; "Alcohol v. Drugs"; "Cannabis – Blood Concentrations Related to Driving;" "Methamphetamine, Cocaine, and Alprazolam Blood Concentrations Related to Driving."

z.  April 4, 2019 – Mastering Scientific Evidence, New Orleans, Louisiana, sponsored by the Texas Criminal Defense Lawyers Association (TCDLA) and National College of DU Defense (NCDD); "The Importance of Method Validation and Adherence to Standard Operating Procedures."

aa.  August 16, 2019 – Texas Criminal Defense Lawyers Association, Houston, Texas: "Correlating Driving Performance and Reported Alcohol/Drug Concentration – Can a Number be Trusted?"

bb.   November 1, 2019 - University of Mississippi, Division of Outreach and Continuing Education, DUI Defenders Annual Conference, Flowood, Mississippi; "Nationwide Recall of Forensic Blood Tubes – What Does It Mean for Defense and Prosecution?"

cc.   February 28, 2020 – Southern District of Georgia Court Advisory Committee Meeting, Amelia Island, Florida: "State of Forensic Toxicology in the United States."  Co-presentation with Dr. Carrie R. Valentine.

dd.   June 19, 2020 – Tennessee Association of Criminal Defense Lawyers (TACDL), Knoxville, Tennessee: "Interpreting Forensic Toxicology Results" and "Search for THC Roadside Test." Co-presentation with Dr. Carrie R. Valentine.

ee.   October 23, 2020 – Virtual presentation to Tennessee Association of Criminal Defense Lawyers (TACDL): "Effects of Drugs on Driving Performance: Interpretation of Laboratory Results."

ff.   November 6, 2020 – Virtual presentation University of Mississippi, Division of Outreach and Continuing Education, DUI Defenders Annual Conference: "Marijuana and Driving."

gg.   December 2, 2020 – Virtual presentation for the Bernard Edelman DWI Law & Science Seminar for the Missouri Bar Association: "Marijuana and Driving" and "Search for a Roadside THC Test."

5.   Lecture acceptance presentation to receive the Joseph Sam, Distinguished Alumnus Award from the University of Mississippi School of Pharmacy, Department of BioMolecular Sciences, September 21, 2017, title of lecture "Bringing Science Into The Courtroom."

6.   Lecture to Forensic Chemistry class at the University of Mississippi, September 22, 2017, lecture title "State of Forensic Sciences in the United States."

| Date | Case | Type of Testimony |
|---|---|---|
| **2020** | | |
| 1/2/2020 | Williams vs Crete Corp. | deposition |
| 1/6/2020 | Cary Jefferson | hearing |
| 1/7/2020 | Lacey Williams Administratrix of the Estate of Alton Michael Williams v. Quest Liner, Inc. and Kenny Martin Thomnas IV | deposition |
| 1/27/2020 | State of West Virgina v. Corbin linthicum | telephone hearing |
| 1/28/2020 | United States Marines v. Lance Corporal Hunter O'Neill Wells | telephone hearing |
| 2/3/2020 | State of Florida v. Michael Eric McCollum, Jr. Case Nos. 19-CT-10078 and 19-CT-100179 (Indigent) | telphone hearing |
| 2/7/2020 | Awale Sahal v. Integrity Mutual Insurance Company, Andrew J . Cox, Dick'sPallet Works, Inc., Nationwide Mutual Insurance Company, and Blue Cross Blue Shield of Minnesota | deposition |
| 3/20/2020 | Dena Fults v. Nissan North America, Inc. | deposition |
| 4/17/2020 | Hunsinger v. Ferrall Case No. 18-42342 | telephone deposition |
| 5/5/2020 | Koehler v. Koehler/Dissolution of Marriage | telephone hearing |

Jackson County, MO  Cause No. 1916-FC05957

| | | |
|---|---|---|
| 5/8/2020 | State of Florida vs. William Glenn Matthesen | telephone deposition |
| 5/14/2020 | State of Mississippi v. Daryl Jones | trial |
| 6/3/2020 | State of Mississippi v. Gerald Orey | trial |
| 6/11/2020 | Windy Singleton vs. National Specialty Insurance Company et atl. Docket NO. 2017-1979, 15th JDC Lafayette Parish, Louisiana | deposition |
| 8/14/2020 | Richard C. Gordon, III | hearing Lancaster Omnibus motion pre-trial h |
| 8/14/2020 | Donald E. Mazurek | hearing |
| 8/17/2020 | Justin Whaley | hearing |
| 8/21/2020 | State of Florida v. Robert C. Billings | zoom deposition |
| 9/12/2020 | Thomas Cash V. Lifesouth Community Blood Centers, Inc | deposition |

| | | |
|---|---|---|
| 10/6/2020 | Janet Hobbs v. US Express, Inc. and Kurt Allen Updegraf | zoom deposition |
| 12/3/2020 | State of Florida v. Robert C. Billings | zoom deposition |

**2019**

| | | |
|---|---|---|
| 1/11/2019 | State of Colorado v Kenneth Hill | hearing |
| 1/14/2019 | Ellen Louise Massey, Administrator of the<br>Estate of Amada Herring, deceased vs.<br>Ricky Lynn Riggs, et al.<br>Jackson County Circuit Court No. CV-2017-129 | deposition |
| 1/16/2019 | State of Arkansas v. Joshua Parks | trial |
| 2/5/2019 | State of Arkansas v. Chris McFArland | trial |
| 2/6/2019 | Atreyu Muniz, Christina McGee, Jeffery Anderson,<br>Trevor Moczygemba plaintiffs v.<br>Stallion Oilfield Service, LTD, Stallion Production Services<br>Satllioin Oilfield Holdings, Inc.; and Rodney Simmons<br>Defendant | deposition |
| 2/8/2019 | Separation of Lt. Johnny W. Carter, Jr., from U.S. Army | hearing |
| 2/22/2019 | Teressa Blondell and Alvin Blondell, plaintiffs<br>v. Courtney Station 300, LLC, Ram Partners, LLC,<br>Contravest Management Company, Richey Industries, Inc. | deposition |

and Center Contracting of Central Florida LLC, Defendents

| Date | Case | Type |
|------|------|------|
| 2/27/2019 | State of Florida vs. Pascal Howard Davis | depostion |
| 3/18/2019 | State of Florida  vs. Nancy Ruth  Spurlock | telephone deposition |
| 6/12/2019 | Mack Purifoy (deceased), Howard (deceased v. Midland Davis Corp. Ruyle Mechanical Services, Inc. & Kevin Bankert | deposition |
| 7/11/2019 | Aaron Lamb Georgia Employee Commission | telephone hearing |
| 7/30/219 | State of Colorado v. Kenneth Hill | trial |
| 8/1/2019 | State of Wyoming v. Shawn Rooney | trial |
| 8/5/2019 | State of Alabama v. James Broadman | hearing |
| 8/6/2019 | State of Mississippi v. Shawn Harkins | trial |
| 8/8/2019 | State of Florida v. Pascal Davis | pre-trial hearing |
| 8/19/2019 | Justin Darron Levine (Petitioner) v. Adam Holley, Acting Commissioner West Virginia Division of Motor Vehicles Case No.   364877C | telephone hearing |

| 8/27/2019 | State of Arkansas v. Carlos Quinonez | trial |
| 9/16/2019 | Concerning BD Tube Recall, Helena MT | telephone hearing |
| 10/2/2019 | State of Mississippi v. Eugene Butler | trial |
| 10/9/2019 | State of Ohio v. Sue A. Degan | trial |
| 10/11/19 | State of Florida v Travis Lee Johnson<br>No. 2017-CF-003095 | hearing |
| 10/14/2019 | State of Arizona v. Princess Margo Gilmore<br> aka Princess Ridgnal; aka Tasha Smith; aka Tashah Smithe | telephone deposition |
| 11/14/2019 | Stephen Hobbs, LPN | Licensure hearing |
| 12/2/2019 | State of Arizona v. Princess Margo Gilmore<br> aka Princess Ridgnal; aka Tasha Smith; aka Tashah Smithe | trial |
| 12/4/21019 | State of Texas  v. Karen Lenise Moore | trial |
| 12/9/2019 | State of New York v. Thomas Murphy | trial |

12/13/2019   Sate of Georgia v. Mugaisi Andega                     Harper Hearing

**2018**

1/19/2018   State of Florida vs. Logan Clark                        deposition

1/23/2018   Velone vs. Christ Clinic, Danielle Rigs                 trial

1/25/18     State of Georgia v. Michael Stapleton                  trial

1/29/2018   State of Oklahoma v. Paige Powell                      hearing

2/13/18     State of Florida v. Robert Ward                        trial

3/9/2018    State of Florida v. Ahsley Konfort                     hearing
            Case No. 522017CF001571000APC

3/16/2018   Larry Guillory vs. Zurich American et al.              deposition

5/1/2018    State of Mississippi v. Howard Lee Tucker, III         hearing

5/17/2018   State of Alabama v. Jennifer Schrencongost             trial

5/23/2018   State of Texas vs. Michael John Burkland               trial
            Cause No. 2107369

| | | |
|---|---|---|
| 6/22/2018 | Ptasnick and Caffarella vs. Blue Jordan Forest Owners<br>D/A 7/23/2011 | deposition |
| 9/4/2018 | State of Florida v. Bryan Patrice | telephone deposition |
| 9/13/2018 | Estate of Vincent Jackson (deceased)<br>v. Justin Van Smith and Gran Garrett | deposition |
| 9/17/2018 | State of Mississippi v. Robert Marshall, III | hearing |
| 9/21/2018 | State of Florida vs. Bryan Patrice | trial |
| 10/9/2018 | State of Mississippi v. Eugene Butler | hearing |
| 11/5/2018 | State of Oklahoma v. Kaitlyn Romo | trial |
| 12/11/2018 | Estate of Vincent Jackson (deceased) v. Justin Smith and Grant<br>Garrett Excavating, Inc. | trial |

**2017**

| | | |
|---|---|---|
| 1/5/2017 | travel to Sarasota to testify for Anne Marie Rizzo<br> and Robert Harrison<br>hearing before 5 judges Sarasota County | hearing |
| 1/10/2017 | Commonwealth of Pennsylvania v. Jones-Williams<br>Shaun Dorward, attorney | trial |
| 1/20/2017 | Hearing on failure of TBI to provide needed discovery<br>Marcos Garza and John Barnes attorneys | hearing |
| 2/17,18/201 | State of South Carolina vs. Adam R. Rowell | hearing, trial |

hearing 2/17/2017; trial 2/18/2017

| | | |
|---|---|---|
| 4/28/2017 | State of Texas v. Ronald Cooper<br>Amber Spurlock and Tad Nelson attorneys | trial |
| 5/3/2017 | State of California v. Virginia Anderson 5/3/2017<br>Bruce Kapsack attorney | trial |
| 5/15/2017 | State of West Virginia V. Nathan Scott Poland | hearing |
| 5/18/2017 | State of Tennessee v. Deborah Morton | hearing |
| 5/24/2017 | Jeffrey Keller | trial |
| 5/13/2017 | Virginia Anderson | trial |
| 5/15/2017 | State of West Virginia v. Nathan Scott Poland | deposition |
| 6/27/2017 | State of Texas v. Michael Martz | trial |
| 7/3/2017 | Robert Steele<br>Elizabeth Unger Carlyle, attorney | deposition |
| 7/7/2017 | Eilam Isaak attorney<br>Tampa Motion hearing | hearing |
| 8/4/2017 | Jessica Scoville<br>Clark County, WI Case No. 13CF456<br>Michael R. Cohen, attorney | trial |

| | | |
|---|---|---|
| 8/7/2017 | Wells, Marble & Hurst<br>Amanda Webb, Jim Reeves attorney | deposition |
| 8/15/2017 | State (Florida) v. Christopher Andri,<br>Case Number: 2016 CT 010710NC | trial |
| 9/15/2017 | State of Louisiana v. Coleen Carroll<br>Docket No. 573058   Div. "I" | trial |
| 10/4/2017 | State of Tennessee v. Deborah Morton<br>Loudon County Criminal Court | trial |
| 10/26/2017 | People of the State of Illinois v Adrian Kamide<br>No: 13 CF 990 | trial |
| 11/14/2017 | State (Nebraska) vs. Kalen Pfeiffer<br>Case No: CR 17-109 | deposition |
| 12/18/2017 | State of Tennessee v. Marcus Strong | hearing |

**2016**

| | | |
|---|---|---|
| 1/7/2016 | DeSherri People Carlise, as Personal<br>Representative of the Estate of Debra H.<br>Peoples, deceased v. Michael G. Gibson, et al.<br>Nitin Chhabra insured  Michael Gibson insured | deposition |
| 1/8/2016 | David Black v. Lance Garza | deposition |

| | | |
|---|---|---|
| 1/15/2016 | State of Tennessee v. Warren Fields<br>Blount County | hearing |
| 1/19/2016 | State of Mississippi vs. Raymond Paul Vigil, II<br>In the Circuit Court of DeSoto County<br>Mississippi; use of Controlled Substance;<br>Cause No: CR2014-0879GCD | motion in limine<br>hearing |
| 1/29/2016 | State of Florida v. Rita Laurie Carter | deposition |
| 3/1/2016 | State of Florida v. Benjamin Walker | deposition |
| 3/10/2016 | State of Kansas v. Jason Leroy Jeardoe<br>Ottawa County Case No. 2014 CR 86 | trial |
| 3/25/2016 | Mauldin v. Church | deposition |
| 4/7/2016 | State of Wisconsin v. David W. Pender<br>Case Nos: 2013CT000778 | trial |
| 4/22/2016 | Stephen Kleiber | deposition |
| 4/29/2016 | Seckinger v Triemer | deposition |
| 5/6/2016 | State of Florida vs. Singh | Daubert hearing<br>telephone - direct |

| Date | Case | Type |
|---|---|---|
| 5/12/2016 | State of Florida vs. Singh | cross examination by telephone |
| 5/19/2016 | City of Fond du Lac v. David J. Carew<br>Case Nos.  2013TR009955, 2013TR008195 | Daubert hearing |
| 6/1/2016 | State of Wisconsin vs. Kevin S. Wolfe<br>Case No.: 15 CM 264 | Daubert hearing |
| 6/6/2016 | State of Mississippi vs. James Burke | trial |
| 6/8/2016 | Danyra Olvera<br>183rd Court of Harris County TX Houston | Jordan E. Lewis, P.C.<br>Dan Lazarine<br>Houston, TX |
| 6/17/2016 | State of Mississippi vs. Carissa Dawn McCary<br>McCary | hearing |
| 7/22/2016 | Guerrero | deposition |
| 8/2/2016 | State of Florida vs. Singh | telephone testimony at tria |
| 8/9/2016 | State of Wisconsin vs. Scott Ray Gehner<br>Justin Singleton attorney | Skype appearance for trial |
| 8/12/2016 | James M. Simpson Jr. vs. The estate of Tim Edward Giddens, Jr. | deposition |
| 9/14/2016 | The State of Texas v. Connie Sue Cason,<br>Intoxication Manslaughter | hearing, trial |
| 10/14/2016 | Velone v. Christ Clinic, et al<br>Spokane County Superior Court | deposition |

10/17,18/20  State of Tennessee v. Billy Wayne Bridwell                    trial

11/25/2016  State of Texas vs. Jerry York                                 Jerry York

| Location | Key Words | Civil/Criminal | Attorney |
|---|---|---|---|
| Carr Allison Office<br>26th Ave., Gulfport MS | alcohol, marijuana, methamphetamine | civil | Oliver, Carr Allison |
| Madison County Courthouse<br>Huntsville, AL | opiods, benzodiazepines<br>oxycodone, and diazepam<br>vs. gunshot wound | criminal | Ronald W. Smith<br>Shay Golden |
| Law Office of Prince, Glover, & Hayes<br>701 Rice Mine Rd N<br>Tuscaloosa | post-mortem alcohol | civil | Matt Glover |
| --- | marijuana | DVM hearing | Harley O. Wagner |
| --- | alcohol | Separation hearing | Major Melanie J. McClinnnis |
| --- | diabetes, alcohol | | Robert P. Harris |
| Schroeder-Lanoux Court Reporting<br>156 Porter Ave, Biloxi MS | fentanyl, morphine, TCH | civil | Matthew A Biegert<br>Doar, Drill, & Skow |
| Schroeder-Lanoux Court Reporting<br>156 Porter Ave, Biloxi MS | alcohol breath test | civil | James M. Johnson<br>Chattanooga, TN |
| --- | nail analysis for methamphetamine | civil | Attorney – Jonathan B. Miley<br>Walker and Gardner Law Offices<br>Springfield, TN |
| --- | testosterone, alcohol | civil | The Reynolds Law Firm |

| | | | |
|---|---|---|---|
| | | | Kansas City, MO |
| --- | ?? | ?? | Michael J. Snure<br>Winter Park Florida |
| Byram City Court<br>Byram, MS | breath alcohol | criminal | |
| Byram City Court<br>Byram, MS | alcohol, GERD | criminal | |
| Schroeder-Lanoux Court Reporting<br>156 Porter Ave, Biloxi MS | TCH | civil | |
| Court of Common Pleas Lancaster Cty, PA<br>hearing | Medical marijuana DUID | | Kaitlyn Clarkson |
| Zoom hearing testimony;<br>Milwaukee Municipal Court, WI | lab irregalities- request<br>for chromotogram<br>sequence run | criminal | John Schiro |
| Criminal Court of Hamilton County, TN<br>Chattanooga, Tennessee | hearing to suppress blood test | criminal | Lee Davis |
| Bounty Court of Fifth Judicial Circuit<br>of the State of Florida in and for<br>Lake County, James Argento, Assitant<br>State attorney | alcohol analysis | criminal | Michael Snure |
| Schroeder-Lanoux Court Reporting<br>156 Porter Ave, Biloxi MS | urine marijuama | civil | Henry A. Lawrence |

| --- | therapeutic drugs | civil | Brian D. Rogers |
|---|---|---|---|
| --- | alcohol | criminal | James Argento |
| | | | Lillie Archer |
| Adams County Courthouse Brighton, CO | | criminal | Emilio De Simone |
| David Hodges office 212 Center St. Little Rock, AR | blood methamphetamine | civil | David A. Hodges |
| Conway, AR | alcohol | criminal | Tabatha Branch |
| District Court of Chicot County AR Lake Village, AR | alcohol boating DUI | criminal | Victor Carmody |
| Gulfport International Airport Administrative Offices Gulfport MS | vehicular alcohol | civil | Paul Kidd Perdue & Kidd, Houston |
| telephone | false methamphetamine urine | military | Jonathan Crisp Harrisburg, PA |
| Schroeder-Lanoux Court Reporting 156 Porter Ave. Biloxi | | civil | Eugene C. Brooks Savannah, GA |

| | | | |
|---|---|---|---|
| Quality Inn Gulfport<br>9445 Highway 49 | morphine/cocaine metabolite | criminal | Robert P. Harris<br>Fort Myers, FL |
| --- | cocaine | criminal | Connie Medros-Jacobs<br>Bradenton, FL |
| Schroeder-Lanoux Court Reporting,<br>156 Porter Ave, Biloxi  MS | urine THC | civil | Todd A. Bresney<br>Bloomington, IL |
| Commissioner Joe Howell<br>Macon, GA | breath alcohol | termination<br>hearing | Jordan Josey |
| Adams County Courthouse<br>Brighton, CO | alcohol, mariijuana, cocaine | criminal | Emilio DeSimone |
| Carbon County Courthouse<br>Rawlins, WY | alcohol | criminal | Michael Vang |
| Baldwin Count Courthouse<br>Bay Minette, AL | alcohol, methamphetamine.<br>dextromethorphan | criminal | Mitzi Theodore Johnson |
| Richland County Courthouse, MS | alcohol | criminal | Victor Carmody |
| Lee County Courthouse<br>Fort Myers Fl | benzoylecgognine morphine | criminal<br>vehincular<br>homicide | Robert Harris |
| --- | marijuana | civil | John D. Wooten |

| | | | |
|---|---|---|---|
| Coconino District Court 5<br>Flagstaff, AZ | alcohol, marijuana, retrograde extrapolation | criminal | Ryan J. Stevens |
| | | | Martin W. Judnich<br>Missoula MT |
| Hancock County Court<br>Bay St. Louis, MS | DUIBoating | criminal | Michael C. Hester<br>Long Beach, MS |
| Ashtabul Court of Common Pleas<br>Jefferson, OH | blood alcohol | criminal | |
| Harrison County, MS District Attorney's Office, Gulfport MS<br>1801 23rd Ave. Gulfport, MS | cocaine & metheamphetamine | criminal | Nicholas Salvatore Camuccio<br>Ocala, FL |
| --- | marijuana | criminal | Edward G. Paine |
| Nursing Board, Little Rock, AR<br>1123 S. University | cannabadiol oil | civil | |
| Maricopa County Circuit Court | marijuana | crimimnal manslaughter | Kenneth Countryman attorney |
| Brozos Courthouse, Bryan TX | cocaine<br>venlafaxine | criminal | attorney John O'Neill |
| Suffolk County Court, NY | alcohol | criminal | litigating attorney Stephen Politi |

| | | | |
|---|---|---|---|
| Fulton County Circuit Court, GA | alcohol hospital blood test | criminal | Mike Hawkins |

telephone

| | | |
|---|---|---|
| State of Washington Superior Court Spokane County | medical malpractice overprescribing dioxipine | civil |
| Coweta County Court Noonan, GA | alcohol | criminal |
| Payne County Court Stillwater, OK | vehicular homicide with alcohol | criminal |
| Orange County Criminal Court | homicide | criminal |
| Pinellas County Court Clearwater, FL | marijuana | criminal |
| Schroeder-Lanoux Court Reporting 156 Porter Ave. Biloxi | alcohol | civil |
| Perry County Circuit Court Cause No. 16-6109H | alcohol | criminal |
| Melbailey Justice Center Birmingham, AL | clonazepam, hydrocodone | criminal |

vehicular homicide

| | |
|---|---|
| Family Court Houston Houston, TX | alcohol |

vehicular homicide

| | | |
|---|---|---|
| Brooks Court Reporting<br>1520 29th street, Gulfport MS | alcohol | civil |
| --- | cathenones | criminal |
| telephone and Skype | methamphetamine | civil |
| Rankin County Circuit Court<br>Brandon, MS | alcohol | criminal |
| Circuit Court of 15th Judicial Circuit<br>Palm Beach  County, FL | cathenone | criminal |
| Bay St. Louis Municipal Court<br>Bay St. Louis, MS | THC | criminal |
| Cleveland County OK District Court<br>Norman, OK | alcohol | criminal |
| Circuit Count of Pulaski County, AR<br>Civil Division | methamphetamine | civil |
| Sarasota  County Court | breath alcohol; simlulator solutions | criminal |
| York County Court | marijuana; vehicular homicide | criminal |
| Knox  County Court | | |
| Greenwood County Court | ethanol, diphenhydramine | criminal |

|  | fluid volume replacement<br>hospital alcohol test |  |
|---|---|---|
| Montgomery County Court | oxycodone and other drugs | criminal |
| Shasta County Criminal Court | methamphetamine | criminal |
| Go-To-Meeting<br>computer testimony | drug possession | criminal |
| Loudon County Criminal Court | multiple drugs in decedent | criminal |
| DePage County Court<br>Paul P. Moreschi | alcohol and THC | criminal |
| Shasta County Criminal Court | methamphetamine | criminal |
| Go-to-Meeting | solid drugs | criminal |
| Montogmery County Courthouse |  | criminal |
| Realtime Court Reporting<br>827 Howard Ave Biloxi | alcohol | criminal |
| 13th Judicial Circuit Court<br>Hillborough County<br>800 E. Twiggs St, Tampa, FL | certification of solutions for<br>breathalyzer | criminal |
| Clark County Courthouse<br>Neillsville, WI | fentenyl | criminal |

| | | |
|---|---|---|
| Reeves & Mestayer office<br>160 Main St., Biloxi, MS | post-mortem alcohol & THC | civil |
| Sarasota County Courthouse | breath alcohol | criminal |
| 22nd Judicial District Court,<br>St. Tammany Parish<br>State of Louisiana | ambien | criminal |
| Loudon County Criminal Court<br>Alcoa, TN | murder trial and therapeutic<br>drugs | criminal |
| DuPage County Court<br>Wheaton, IL | challenge to Illinois state<br>police crime lab methodology<br>for alcohol | criminal |
| Schroeder-Lanoux Court Reporting,<br>156 Porter Ave, Biloxi MS | hospital alcohol test | criminal |
| Greene County Court<br>Greenville Tennessee | alcohol | criminal |
| Marriott Courtyard Gulfport | fentanyl, carisoprodol, blood | civil |
| Simpson Burdine & Migues<br>2100 18th St. Gulfport, MS | urine, oxycodone, morphine<br>cannabis, cocaine | civil |

| | | |
|---|---|---|
| Blount County Circuit Court TN | resting nystagmus, multiple concussions, specimen mis-handling, alcohol | criminal |
| Circuit Court DeSoto County Hernando, MS | marijuana blood testing no THC quanitiation | criminal |
| Harrison County Courthouse, Chancery Room, Biloxi MS | retrograde extrapolation 0.043 ethanol vehicular homicide | criminal |
| Harrison County Courthouse, Chancery Room  Biloxi, MS | 0.23 ethanol - no indicator of impairment at scene | criminal |
| Ottowa County Courthouse. Minneapolis, KS | alcohol  0.14; co-elution | criminal |
| Duluth, GA, Law Offices of Andersen, Tate & Carr | breath alcohol following accident - for plaintiff | civil |
| Lauren Stuckert, Milwaukee, WI | alcohol; anomalous contaminants | criminal |
| Simpson Burdine & Migues 2100 18th St. Gulfport, MS | | criminal |
| Andersen Carr Tate Suite 4000 Duluth GA | retrograde extrapolation | civil |
| Chris Mancini Fort Lauderdale | alcohol | criminal |

| | | |
|---|---|---|
| Fond du Lac, WI | ambien | criminal |
| telephone | marijuana | criminal |
| Bandon, MS | alcohol | criminal |
| Houston, TX | alcohol | criminal |
| Pascagoula Courthouse | methadon, benzodiazepines alp (alprazolam & lorazepam) | criminal |
| Office of Edward Gibson | methamphetamine | criminal |
| al | alcohol; felony homicide | criminal |
| Waukesha County Circuit Court | alcohol | criminal |
| Law Office of Morris Bart 1712 15th street Gulfport, MS | multiple drug traffic accident | civil |
| Collins County Courthouse,  TX McKinney, TX | methamphetamine | criminal |
| Simpson Burdine & Migues Real Time Court Reporters | dioxepin | civil |

2100 18th Street
Gulfport MS

Williamson County Court              alcohol                    criminal
Franklin TN

Harris County Criminal Courthouse    breath alcohol             criminal
Houston, TX

*Jimmie L. Valentine, Sr., B.S., B.S., M.S., Ph.D.*
**Medical Pharmacology and Toxicology Consulting**

| | |
|---|---|
| P.O. Box 6566 | Mobile Telephone (501) 258-9242 |
| Gulfport, Mississippi 39506 | FAX (228) 731-3827 |
| Employee Identification Number 26-2371026 | |

## FEE SCHEDULE FOR PROFESSIONAL SERVICES:

INITIAL TELEPHONE CONSULT                                                                No charge

      Purpose of the initial telephone consult is to determine if the proposed case is within the scope of Dr. Valentine's areas of expertise and what items need to be supplied for adequate case review.

PAYMENT OF PROFESSIONAL FEES

      The attorney retaining Dr. Valentine's professional services agrees to make payment for all such professional services from their Trust Account into which sufficient funds have been deposited to cover anticipated professional fees according to the schedule given below. Under no circumstances should Dr. Valentine be paid directly by the attorney's client, unless the client is an insurance company. With the exception of the initial retainer fee, all other professional services are to be payed upon receipt of an invoice.

RETAINER FEE                                                                                        $ 1,500.00

      For this non-refundable fee Dr. Valentine will evaluate the records and forensic information concerning the case, perform any necessary medical and scientific literature searches in support of preliminary findings, and conduct consultation(s) with the retaining attorney as necessary to assist in understanding findings and professional opinions in the matter at hand. Typically, web-based conferencing is used to discuss findings. Once the conference of findings has occurred, any additional work mutually agreed upon will be invoiced at the hourly and/or specified task rates given below. The retainer fee is due prior to Dr. Valentine beginning evaluations of records and forensic information.

*PER* HOUR CHARGE FEE                                                                     $ 150.00/hour

      All subsequent work following the conference of findings covered under the retainer fee, exclusive of letter of professional opinion, affidavit, court appearance, or deposition will be invoiced at $150/hour.

CANCELLATION OF A COURT OR DEPOSITION DATE[1]                    $   500.00

      A date for a potential trial or deposition can be placed upon Dr. Valentine's calendar following mutual agreement with the retaining attorney. In addition to the non-refundable retainer fee, if an actual date is set for trial and the trial gets canceled due to offers, pleas, *etc*, an invoice will be issued for this amount in consideration of the allocated time not being available for other clients. Other invoice charges might be included as discussed below under Travel Cancelation. Typically, Dr. Valentine's trial or deposition calendar is scheduled three – five months in advance of the pending date.

PREPARATION OF LETTER OF PROFESSIONAL OPINION[1]                $ 2,000.00

      Following initial consultation, it may be mutually decided that a comprehensive letter of professional opinion would be most appropriate (some jurisdictions require such). If this option is chosen and subsequently an in-person or electronic appearance at a hearing, deposition, or court trial is required, the Trial Appearance and Travel/*Per Diem* fees will be due with no discount for the letter of professional

---

[1] Invoiced *per* guidelines under Payment of Professional Fees.

Page **2** of **2**

opinion.  Invoiced *per* guidelines under Payment of Professional Fees.

PREPARATION OF AN AFFIDAVIT                                              $ 1,000.00

    A mutual decision may be made that Dr. Valentine should prepare a
notarized affidavit expressing professional opinion(s) that would be offered at
a prospective trial, deposition, hearing, or to express the need for additional
information from the opposing litigant.  If this option is chosen and subsequently an
appearance at a hearing, deposition or court trial is required, the Trial Appearance
or Deposition fee, and Travel/*Per Diem* fee will be due with no discount for the
affidavit of professional opinion.

DEPOSITIONS[1]

    Telephone or in-person depositions in the Gulfport, MS area –
$500 *per hour* (2-hour minimum) plus 1-hour travel time @$150          $ 1,150.00

    In-person depositions not done in the Gulfport, MS area
$1,500/day including travel time – 2 day minimum (does not include
Travel/*Per Diem* expenses)                                             $ 3,000.00

TRIAL APPEARANCE (*per day; 1-day minimum)*[1]                           $ 1,500.00

ELECTRONIC TESTIMONY AT HEARINGS/TRIALS[1]                               $ 1,000.00

    Testimony provided *via* electronic means (Skype, telephone, *etc.*)
$500 *per* hour with 2-hours minimum (an additional $150 *per* hour
charge  portal to portal may be included if a local site other than
Dr. Valentine's office is used for the electronic testimony).

TRAVEL/*PER DIEM*[1]                                                     $ 2,500.00

    Dr. Valentine typically travels by private aircraft to and from the
location of expert testimony in approximately a 400 nm arc of
the point of origin, Gulfport, Mississippi.  This fee includes
travel expenses, associated car rental or public conveyance charges,
hotel charges, meal(s), and 6-hours of portal to portal travel time @
$150.00/hr.

TRAVEL/*PER DIEM* (Other than a 400 nm arch of Gulfport, MS)[1]          $ 3,500.00

    For travel outside the 400 nm arc, prevailing first-class airline, refundable
prices will be used for travel.  This fee also includes associated car rental
or public conveyance charges, hotel charges, meal(s), and 10-hours of portal
to portal travel time @ $150.00/hr.

October, 2018