IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALEXIS CARLITO-GARCIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00330-P |
| | § | |
| CITY OF FORT WORTH, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court has been notified that the parties have resolved the instant dispute. ECF 73. Therefore, the Court **ORDERS** that all deadlines are **STAYED** until further ordered by the Court. The parties shall file appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office on or before **January 12, 2021.**

**SO ORDERED** on this **11th day** of **December, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE