IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Alexis Carlito-Garcias** § | | |
| **Individually and as** § | | |
| **Heir of Christopher Lowe** § | | |
| § | | |
|     **Plaintiff,** § | | **Civil Action No.** |
| § | | |
| VS. § | | **4:20-cv-00330-P** |
| § | | |
| **City of Fort Worth, Texas** § | | |
| § | | |
|     **Defendants.** § | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff Alexis Carlito-Garcias Individually and as Heir of Christopher Lowe, and files this Stipulation of Dismissal with Prejudice as to all claims by Plaintiff against Defendant City of Fort Worth, Texas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, and upon such representations, Plaintiff Alexis Carlito-Garcias Individually and as Heir of Christopher Lowe, stipulates that all the claims against Defendant City of Fort Worth, Texas are hereby dismissed with prejudice against refiling the same. Each party will bear its own attorney's fees and costs.

This case is not a class action, a receiver has not been appointed in this case, and this case is not governed by any federal statute that requires a court order for dismissal of this case.

Respectfully submitted.

/s/Susan E. Hutchison

                                                SUSAN E. HUTCHISON
                                                Texas Bar No. 10354100
                                                sehservice@hsjustice.com

                                                **HUTCHISON & STOY, PLLC**
                                                505 Pecan Street, Suite 101
                                                Fort Worth, Texas 76102
                                                T: (817) 820-0100
                                                F: (817) 820-0111

                                                **ATTORNEYS FOR PLAINTIFF**

Approved as to
Form and Content:

/s/Laetitia Coleman Brown
LAETITIA COLEMAN BROWN
Senior Assistant City Attorney
Texas Bar No. 00792417
Laetitia.brown@fortworthtexas.gov

City of Fort Worth, Texas
200 Texas St.
Fort Worth, TX  76102
T:  (817) 392-7600
F:  (817) 392-8359

**ATTORNEYS FOR DEFENDANT**